# Scott A. Lathrop & Associates

Scott A. Lathrop, P.C.
Beatrice T. Heveran, Esq.

ATTORNEYS-AT-LAW
slathrop@LathropLawOffices.com
www.LathropLawOffices.com

122 Old Ayer Road
Groton, MA 01450
Phone: (978) 448-8234
Fax: (978) 448-8244

FILED
CLERKS OFFICE

2004 JUN 18 P 2: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Thursday, June 17, 2004

Patricia Russo Civil Clerk
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02110

Re:     Keefe v. Local 805, C.A. No. 04-11340 DPW
        Nichols v. Ashcroft, C.A. No. 04-11341 PBS

Dear Ms. Russo:

Enclosed are the original, signed signature pages for the above two cases that I filed yesterday.

Thank you.

Very truly yours,

Scott A. Lathrop

                                        Stephen Keefe
                                        By his attorney

                                        /s/ Scott A. Lathrop
                                        Scott A. Lathrop, Esq.
                                        Scott A. Lathrop & Associates
                                        122 Old Ayer Road
                                        Groton, MA 01450
                                        (978) 448-8234

Dated:   June 16, 2004                 BBO No. 287820


PLAINTIFF DEMANDS A JURY TRIAL