UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 13 PM 2: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHEN KEEFE,<br>　　　　　Plaintiff<br><br>vs.<br><br>LOCALS 805, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION, et. al.<br>　　　　　Defendants | ) Docket No. 04-CV-11340DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF EXTENSION

The parties stipulate that defendants' time to answer the Complaint is extended to August 16, 2004.

STEPHEN KEEFE,

By his attorney,

_Scott A. Lathrop_
Scott A. Lathrop, Esquire
BBO# 287820
SCOTT A. LATHROP &
　　& ASSOCIATES
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234

LOCALS 805, 800 and 799,
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION
By their attorney,

_John F. McMahon_
John F. McMahon, Esquire
BBO# 0338360
ANGOFF, GOLDMAN, MANNING,
　　WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500