UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11340 DPW

```
*********************************************
STEPHEN KEEFE,                              *
   Plaintiff                                *
                                            *
   v.                                       *
                                            *
LOCAL 805, INTERNATIONAL                    *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        *
LOCAL 800, INTERNATIONAL                    *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        *
and LOCAL 799, INTERNATIONAL                *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        *
   Defendants                               *
*********************************************
```

**PLAINTIFF'S MOTION
FOR CONTINUANCE (ASSENTED TO)**

Plaintiff Stephen Keefe hereby moves this Court to continue the scheduling conference presently scheduled for November 30, 2004. The grounds for this motion is that the undersigned has been scheduled for several months now to appear that same day and time at a final pretrial conference in Worcester Superior Court and therefore will not be able to appear at this Court's scheduling conference. The undersigned has communicated with counsel for the defendants, and they have indicated that they have no opposition to this motion.

**WHEREFORE** the conference in this case should be rescheduled.

                                              Stephen Keefe
                                              By his attorney

                                              */s/ Scott A. Lathrop*

                                              _____
                                              Scott A. Lathrop, Esq.
                                              Scott A. Lathrop & Associates
                                              122 Old Ayer Road
                                              Groton, MA 01450
                                              (978) 448-8234
Dated: October 8, 2004                      BBO No. 287820

                                      Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                                              */s/ Scott A. Lathrop*
                                              _____
                                              Scott A. Lathrop

Dated: October 8, 2004