UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11340 DPW

```
*********************************************
STEPHEN KEEFE,                                *
    Plaintiff                                 *
                                              *
                                              *
    v.                                        *
                                              *
LOCAL 805, INTERNATIONAL                      *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,          *
LOCAL 800, INTERNATIONAL                      *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,          *
and LOCAL 799, INTERNATIONAL                  *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,          *
    Defendants                                *
*********************************************
```

## JOINT PRETRIAL STATEMENT

The parties in the above-captioned matter hereby submit their Joint Pretrial Statement in connection with the scheduling conference.

I.   Agenda for Discussion

    A.   Discovery Schedule

    B.   Dispositive Motion Schedule.

II.  Joint Discovery Plan

The parties have agreed to the following discovery schedule:

    A.   Automatic disclosures completed by January 15, 2005;

    B.    All discovery completed by July 15, 2005.

III.    <u>Schedule for Filing of Dispositive Motions</u>

    A.    Rule 56 motion served and filed by August 15, 2005;

    B.    Opposition to Rule 56 motion served and filed by September 15, 2005.

IV.    <u>Possible Trial By Magistrate Judge</u>

The parties do not consent to trial by a Magistrate Judge.

V.    <u>Certification Pursuant to Local Rule 16.1(D)(3)</u>

The parties will submit certifications in compliance with Local Rule 16.1(D)(3)

**FOR PLAINTIFF:**

*/s/ Scott A. Lathrop*
Scott A. Lathrop, Esq. (BBO #287820)
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234

Dated: 11/17/04

**FOR DEFENDANTS:**

*/s/ John M. McMahon*
John F. McMahon, Esq.(BBO #338360)
Angoff, Goldman, Manning, Wanger
    & Hynes, P.C.
45 Bromfield Street, 8th Floor
Boston, MA 02108
(617) 723-5500