UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN KEEFE,<br>　　　　Plaintiff<br><br>vs.<br><br>LOCALS 805, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION,<br>AFL-CIO, et. al<br>　　　　Defendants | ) Docket No. 04-CV-11340DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION TO AMEND
### SCHEDULING ORDER
(Assented)

Defendants move to extend the dates in the scheduling order entered on December 12, 2004 as follows:

> Discovery Completed: September 16, 2005;
> Dispositive Motions: October 19, 2005; and,
> Oppositions: November 21, 2005.

This extension is necessary because of serious illness in Defendants' counsel's immediate family and upcoming and related treatments. These conditions require counsel's attention during July and August 2005.

Defendants' counsel has conferred with Plaintiff's counsel who does not oppose this motion.

LOCALS 805, 800, and 799
INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION, AFL-CIO

By its attorney

_____
John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
　WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

DATED: 6/29/05

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this motion was served upon the attorney(s) of record for each other party by mail/hand on June 29, 2005.

Date: 06/29/05

John F. McMahon, Esquire