UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN KEEFE,<br>   Plaintiff<br><br>vs.<br><br>LOCALS 805, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION,<br>AFL-CIO, et. al<br>   Defendants | ) Docket No. 04-CV-11340DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### WITHDRAWAL OF APPEARANCE

JOHN McMAHON, ESQUIRE, E. DAVID WANGER, ESQUIRE, and ANGOFF, GOLDMAN, MANNING, WANGER & HYNES, P.C., withdraw their appearances as counsel for Defendants. Successor counsel has been engaged. There are no motions pending and no immediate conferences scheduled.

            ANGOFF, GOLDMAN, MANNI NG,
            WANGER & HYNES, PC.

            _____
            E. David Wan ger, Esq.
            BBO #515640

            _____
            John F. McMahon, Esquire
            BBO # 338360
            ANGOFF, GOLDMAN, MANNING,
             WANGER & HYNES, P.C.
            45 Bromfield Street – 8th Floor
            Boston, MA 02108
            (617) 723-5500

DATED: 10/6/05

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of _____ was served upon the attorney(s) of record for each other party by mail/hand on _____

Date:_____                                                     _____
                                                                    John F. McMahon, Esquire