UNITED STATE DISCTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-Cv-11340DPW

| | |
|---|---|
| STEPHEN KEEFE,<br>　　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| LOCALS 805, INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATION,<br>AFL-CIO, et. al,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Michael L. Mahoney, Esquire, Mullen &

McGourty, 52 Temple Place, 4th Floor, Boston, Massachusetts, hereby enters his

appearance on behalf of the Defendants, Locals 805, International Longshoremen's

Association, AFL-CIO, et al in the above-referenced action and demands that all notices

given or required to be given in this case and all papers served in this case be given to

and served upon the undersigned at the address and telephone number set forth below.

Dated: October 2*f*, 2005

Respectfully submitted,
The Defendants,
Locals 805, International
Longshoremen's Association, AFL-
CIO, et al,

Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
(617) 338-9200
BBO# 557562

## CERTIFICATE OF SERVICE

I, Michael L. Mahoney, hereby certify that I have served a true copy of the within document this **21** day of October, 2005, via first class mail, postage prepaid upon the following:

Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450

John McMahon, Esq.
E. David Wanger, Esq.
Angoff, Goldman, Manning, Wanger & Hynes, P.C.
45 Bromfield Street
8th Floor
Boston, MA 02108

Michael L. Mahoney