UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No.: 04-Cv-11340DPW

STEPHEN KEEFE,                        )
            Plaintiff                 )
                                      )
                                      )
v.                                    )
                                      )
                                      )
LOCALS 805, INTERNATIONAL             )
LONGSHOREMEN'S ASSOCIATION,           )
AFL-CIO, et. al,                      )
            Defendants                )
_____)

## REVISED SCHEDULING ORDER PURSUANT TO THE
## COURT'S ORDER OF NOVEMBER 10, 2005

NOW COME the parties in the above-referenced matter, and hereby submit the following revised scheduling order, in compliance with the Court's Order of November 10, 2005:

| | | |
|---|---|---|
| 1. | Discovery to be completed by | March 10, 2006 |
| 2. | Dispositive motions by | May 1, 2006 |
| 3. | Oppositions (to any Motions) by | June 1, 2006 |

Dated: November 16 2005

The Defendants,
Locals 805, International
Longshoremen's Association,
AFL-CIO, et al,

_____
Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
(617) 338-9200
BBO# 557562

The Plaintiff,
By his attorney,

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
Phone #: (978) 448-8234
BBO# 287820