Case 1:04-cv-11340-DPW Document 16-12 Filed 12/31/2005 Page 1 of 1



970 Fx:744-8526
125 -Kingston, NH 03848
-1215 Wlbrhm Rd
326
/ -Sharon 02067
3 Central -Bstn 02109
109 Fx:482-4446
n 01803
PA -366 Bway -Smrvll
wampscott 01907
Rd -Wilmngtn 01887
C -370 Main -Wrcstr 01608
in Bx7398 -Brockton 02303
C -187 Ballardvale
ston 01746
c 01840 Fx:687-2266
ht -Sprngfld 01103
Rd -Burlngtn 01803
d -Andovr 01810
Charlestown 02129
dson PC -225 Franklin -Bstn
ebherz) -99 Town Hall Sq
3x546 -Falmouth 02541
ciates) -Ram Isl -Gloucstr
T&L,LLP -300 Crown
79-6469
P -One Park Pl -Plymth
' Central -Gardner 01440
Bedfrd 02740 Fx:910-9988
s Grp -One Beacon -Bstn
Sugarman,PC) -1 Beacon
2653
th -Pittsfld 01201
2 Main -Malden 02148
Uppr -Methuen 01844
dner 01440 Fx:632-0100
arman K&G -11 Harvard
ing) -85 Devonshr -Bstn
nmers Law Ofc -9 E Central
P -260 Franklin -Bstn
if,Ltd) -58 Weybosett -Prov.
urgin G&L, LLP) -Ten PO Sq
-630 Plantation -Wrcstr
str 01606 Fx:852-8595
vitz) -3 Shirley Av -Methuen
lethuen 01844
r -Tewksbry 01876
owitz) -3 Shirley Av
Law Associates) -100
-7004
y LLP -45 Rckfllr Plz -NY,
olbrook 02343
iates) -25 Birch -Milfrd 01757
harm -40 Lansdowne
octer LLP -Exch Pl -Bstn
lmann LLP) -92 State -Bstn
Ashbrtn Pl -Bstn 02108
over 01845 Fx:686-6710
607
llcrst Rd -Needham 02492
x776 -Attleboro 02703
wn 01833
Marblehead 01945
clair,PC) -135 Beaver Bx602





(781) 893-5655 ..**LeClair,**L Richd III '92 (LeClair & LeClair,PC) -135 Beaver Bx602 -Waltham 02452 **Fx:**647-9346
(781) 893-5655 ..**LeClair & LeClair,PC** -135 Beaver Bx602 -Waltham 02452 **Fx:**647-9346
(413) 532-8992 ..**LeClair,**Mark F '80 -21 Stckbrdg -Sprngfld 01103
(617) 570-1144 ..**LeClaire,**John R '82 (Goodwin Procter LLP) -Exch Pl -Bstn 02109 **Fx:**523-1231
**Leclerc,**Lisa A '95 -50 S River Ln W -Duxbury 02332
(617) 565-5863 ..**LeClerc,**Meaghan Q '92 GSA -10 Causeway -Bstn 02222
(617) 328-1900 ..**Lecomte Emanuelson and Doyle** -One Pine Hill Dr -Quincy 02169 **Fx:**328-2030
(617) 305-3500 ..**LeComte,**Ronald F '89 %Telecom & Energy -1 South Station -Bstn 02210
(508) 875-9004 ..**L'Ecuyer,**Candace '85 %Law Ofcs of Robert W Meshel -550 Wrcstr Rd -Frmnghm 01702 **Fx:**875-4008
(508) 823-6588 ..**Leddy,**Philip F '81 %Superior Ct -9 Court -Taunton 02780
(401) 459-1202 ..**Lederberg,**Michele B '94 %Blue Cross/Blue Shield of RI -444 Wstmnstr -Prov, RI 02903
(401) 831-8330 ..**Lederberg,**Tobias M '94 %Burns & Levinson LLP -1 Ctzns Plz -Prov, RI 02903 **Fx:**831-8359
(617) 457-4000 ..**Lederman,**Maury E '78 (Murtha Cullina LLP) -99 High -Bstn 02110 **Fx:**482-3868
(508) 580-6500 ..**Lederman,**Sander S '78 -15 Torrey -Brockton 02301
(617) 973-0660 ..**Lederman-Goodwin,**Jeanine E '98 %Rindler Morgan -133 Portlnd -Bstn 02114 **Fx:**973-0526
(508) 481-3995 ..**Ledoux,**Bruce G '76 -186 Main -Marlboro 01752 **Fx:**481-4963
(978) 741-2111 ..**Ledoux,**Robt Andre '69 -314 Essex -Salem 01970 **Fx:**741-9958
(617) 723-4400 ..**LeDoux,**Wm M '85 %Murphy & Beane -15 Broad -Bstn 02109 **Fx:**723-3515
(617) 951-8000 ..**Leduc,**Marc R '01 %Bingham McCutchen LLP -150 Fed -Bstn 02110 **Fx:**951-8736
(617) 646-8000 ..**LeDuc,**Sheila Connors '79 Wolf Greenfield & Sacks,PC -600 Atl Av -Bstn 02210 **Fx:**646-8646
(781) 337-8029 ..**Ledwell,**Jeanne M '96 -484 Off Green -E Weymouth 02189
(508) 567-1172 ..**Ledwidge,**Catherine B Sullivan '95 -Bx84 -Somerset 02726
(617) 696-5511 ..**Lee,**Brendan '94 -500 Granite Av -Milton 02186 **Fx:**696-2300
**Lee,**Brian C '04 -90 Leoleis Dr -Marlboro 01752
(603) 749-2808 ..**Lee,**Brian T '00 %Cnty Atty -259 Cnty Farm Rd Bx799 -Dover, NH 03821 **Fx:**743-4997
(617) 727-1100 ..**Lee,**Catherine M '93 %Bur of State Ofc Bldgs -72 State Hse -Bstn 02133 **Fx:**727-5400
(617) 530-5974 ..**Lee,**Chao Ying Dana '98 %PricewaterhouseCoopers LLP -125 High -Bstn 02110 **Fx:**737-3628
(617) 345-6100 ..**Lee,**Charlotte N '02 %Nixon Peabody LLP -100 Summer -Bstn 02110 **Fx:**345-1300
(508) 625-1424 ..**Lee,**Christopher '01 -Bx222 -Hopkinton 01748 **Fx:**625-1426
(914) 761-7190 ..**Lee,**Christopher P '80 %OHA-SSA -75 S Bway -White Plns, NY 10601 **Fx:**682-7006
(617) 451-1036 ..**Lee,**Chung H '88 -31 Milk -Bstn 02109 **Fx:**451-0968
(508) 791-6287 ..**Lee,**Corey L H '01 %Hassett & Donnelly,PC -484 Main -Wrcstr 01608 **Fx:**791-2652
(413) 443-6455 ..**Lee,**Darren M '01 (Martin & Oliveira,LLP) -75 S Church -Pittsfld 01201 **Fx:**445-5883
(617) 266-6262 ..**Lee,**David H '73 (Lee & Levine LLP) -222 Berkeley -Bstn 02116 **Fx:**266-8250
(508) 222-2304 ..**Lee,**Edw A '51 -32 Old Farm Ln -Attleboro 02703
(617) 570-9111 ..**Lee,**Edw A '51 -15 Broad -Bstn 02109 **Fx:**723-1839
(617) 350-6882 ..**Lee,**Edw J '57 -65 Franklin -Bstn 02110 **Fx:**348-2147
(413) 568-2345 ..**Lee,**Edw M '51 (Andersen & Lee,PC) -70 Court -Westfld 01085 **Fx:**572-3710
(617) 563-2148 ..**Lee,**Eunice E '98 Fidelity Inv -82 Devonshr -Bstn 02109 **Fx:**476-7064
(781) 397-1925 ..**Lee,**Eunmi '98 (Encompass Law LLC) -10 Holden -Malden 02148 **Fx:**397-1926
(617) 542-5070 ..**Lee,**G Roger '78 (Fish & Richardson PC) -225 Franklin -Bstn 02110 **Fx:**542-8906
(617) 886-0500 ..**Lee,**Garrett J '98 %Parker | Scheer,LLP -One Const Ctr -Bstn 02129 **Fx:**886-0100
(781) 762-6050 ..**Lee,**Gary M '88 -121 Central -Norwood 02062 **Fx:**762-0041
(617) 367-9333 ..**Lee,**Grace H '96 Cnsl MA Treasury Dept -1 Ashbrtn Pl -Bstn 02108 **Fx:**723-1436
(617) 951-8000 ..**Lee,**Harry F '80 %Bingham McCutchen LLP -150 Fed -Bstn 02110 **Fx:**951-8736
(617) 742-0400 ..**Lee & Hollander** -287 Hanover -Bstn 02113
(603) 743-5503 ..**Lee,**Hugh T '77 Cnsl Heidelberg Americas,Inc -121 Bway -Dover, NH 03820 **Fx:**743-5618
(617) 557-5900 ..**Lee,**Hye-Jong L '04 %Robinson & Cole LLP -One Bstn Pl -Bstn 02108 **Fx:**557-5999
(978) 256-6041 ..**Lee,**Jay V '00 %Gallant & Ervin, LLC -1 Olde North Rd -Chelmsford 01824 **Fx:**256-7977
**Lee,**Jeanmarie V '01 -899 E Bway -S Bstn 02127
(413) 499-3320 ..**Lee,**Jeffrey J '01 Freadman Steel,Inc -1625 East -Pittsfld 01201 **Fx:**499-4588
**Lee,**John L '83 %Icon Capital -150 Grossman Dr -Braintree 02184
(508) 222-0467 ..**Lee,**John P '52 -8 Hayward Bx1027 -Attleboro 02703 **Fx:**222-8653
(617) 772-1616 ..**Lee,**Josephine A '97 Brown Bros Harriman & Co -50 Milk -Bstn 02109
**Lee,**Joy '96 -106 Hudson -Smrvll 02144
(617) 832-1000 ..**Lee,**Kalun '03 %Foley Hoag LLP -155 Seaport Blvd -Bstn 02210 **Fx:**832-7000
(617) 310-6000 ..**Lee,**Kay Bangsil '01 %Greenberg Traurig,LLP -1 Intl Pl -Bstn 02110 **Fx:**310-6001
(617) 570-1461 ..**Lee,**Kenneth Y '99 %Goodwin Procter LLP -Exch Pl -Bstn 02109 **Fx:**227-8591
(617) 964-7000 ..**Lee,**Laurance S L '04 %Rosenberg Freedman & G -246 Walnut -Newtn 02460 **Fx:**964-4025
**Lee,**Leslie Lien '98 -25 Butterfld Rd -Lxngtn 02420
(617) 266-6262 ..**Lee & Levine LLP** -222 Berkeley -Bstn 02116 **Fx:**266-8250
(781) 487-2121 ..**Lee,**Linda Luke '98 Glbl Insight -1000 Winter -Waltham 02451
(781) 762-6050 ..**Lee,**Marguerite L '88 -121 Central -Norwood 02062 **Fx:**762-0041
(617) 236-0212 ..**Lee,**Marie T '80 (McCue Lee & Greene,LLP) -535 Boylston -Bstn 02116 **Fx:**236-0797
(413) 773-8477 ..**Lee,**Marilyn Modarelli '86 -19 Orchrd -Greenfld 01301
(617) 619-4000 ..**Lee,**Mark T '98 %DA -One Bulfinch Pl -Bstn 02114
(508) 798-3771 ..**Lee,**Mark Twombly '95 (Fusaro Altomare & Ermilio,PC) -11 Foster -Wrcstr 01608 **Fx:**752-1781
(508) 584-8120 ..**Lee,**Mary E '92 %DA -32 Belmont Bx1665 -Brockton 02303 **Fx:**586-3578
(617) 542-6200 ..**Lee,**Matthew '93 (Tocci Goss & Lee, PC) -35 India -Bstn 02110 **Fx:**542-6201
(508) 222-0467 ..**Lee,**Maureen A '84 -8 Hayward Bx1027 -Attleboro 02703 **Fx:**222-8653
(617) 951-7000 ..**Lee,**Michl '01 %Ropes & Gray LLP -1 Intl Pl -Bstn 02110 **Fx:**951-7050
(617) 570-1000 ..**Lee,**Michl Y '04 %Goodwin Procter LLP -Exch Pl -Bstn 02109 **Fx:**523-1231
(617) 263-1196 ..**Lee,**Nina Y '93 %Simonds Winslow Willis & A -50 Congress -Bstn 02109 **Fx:**227-1961
**Lee,**Patricia Ann '93 -3 Cowdrey Ln -Acton 01720
(781) 592-6057 ..**Lee,**Patrick A '04 -50 Ashland -Lynn 01905
(508) 830-6200 ..**Lee,**Patrick C '96 Cnsl Sherriff -24 Long Pond Rd -Plymth 02360 **Fx:**830-0182
(508) 548-1932 ..**Lee,**Paul C '97 -309 Teaticket Hwy -E Falmouth 02536 **Fx:**540-6828
(617) 570-1590 ..**Lee,**Paul W '81 (Goodwin Procter LLP) -Exch Pl -Bstn 02109 **Fx:**523-1231
(617) 664-2751 ..**Lee,**Peter D '93 %State St Bk -Two Intl Pl -Bstn 02110 **Fx:**664-2852
(781) 622-1192 ..**Lee,**Peter Y '81 Thermo Electron -81 Wyman Bx9046 -Waltham 02454 **Fx:**622-1207
(617) 918-4387 ..**Lee,**Rebecca A '91 SpclCnsl BRA -One City Hall Sq -Bstn 02201 **Fx:**248-1937
(978) 474-6200 ..**Lee,**Rhonda S '96 -10 Main -Andovr 01810 **Fx:**749-9594
**Lee,**Robt K '98 -14 Weld Hill -Jamaica Pln 02130
(617) 965-5910 ..**Lee,**S Ramsdell '77 %Lee Fncl Srvcs -343 Otis -Newtn 02465 **Fx:**965-1835
(617) 373-3394 ..**Lee,**Sarah Hooke '89 %Nrtheastrn U Law Sch -400 Huntngtn Av -Bstn 02115 **Fx:**373-8705
(617) 994-6000 ..**Lee,**Shirley S '79 %MCAD -1 Ashbrtn Pl -Bstn 02108 **Fx:**994-6024
(617) 951-7000 ..**Lee,**Sonwha '03 %Ropes & Gray LLP -1 Intl Pl -Bstn 02110 **Fx:**951-7050
(781) 933-2020 ..**Lee,**Steven J '85 %PolyMedica Corp -11 State -Woburn 01801 **Fx:**938-9650
(781) 830-4800 ..**Lee,**Trisha R '04 DA -45 Shawmut Rd -Canton 02021 **Fx:**830-4801
(413) 243-2900 ..**Lee,**V Vincent '98 -190 Housatonic -Lee 01238 **Fx:**243-2933
(978) 369-8477 ..**Lee,**Virginia N '75 -27 Main -Cncrd 01742 **Fx:**371-0228
(617) 248-5000 ..**Lee,**W Brewster '85 (Choate Hall & Stewart,LLP) -Two Intl Pl -Bstn 02110 **Fx:**248-4000
(413) 747-1000 ..**Lee-Washington,**Jacquelyn Y '94 %DA -50 State -Sprngfld 01103 **Fx:**781-4745
(413) 787-6085 ..**Lee,**Wayman '80 %Law Dept -36 Court -Sprngfld 01103 **Fx:**787-6173
(617) 222-4571 ..**Lee,**Wendy A '02 %MBTA -Ten Park Plz -Bstn 02116 **Fx:**222-3194
(617) 526-6556 ..**Lee,**Wm F '77 (Wilmer Cutler PH and D LLP) -60 State -Bstn 02109 **Fx:**526-5000
(617) 742-0400 ..**Lee,**Wm H '77 (Lee & Hollander) -287 Hanover -Bstn 02113
(617) 367-6200 ..**Lee,**Wm P '87 Cnsl Trust For Pub Land -33 Union -Bstn 02108 **Fx:**367-1616
(413) 733-2526 ..**Leecock,**Stephen M '94 First Amer Title Ins Co -On Monarch Pl -Sprngfld 01144
(860) 297-4653 ..**Leedberg,**Michl D '04 %Halloran & Sage,LLP -225 Asylum -Hrtfrd, CT 06103 **Fx:**548-0006
(508) 563-1024 ..**Leeds,**Henry W '04 -One Seascape Ln -N Falmouth 02556 **Fx:**563-3836
**Leek,**Shelby L '00 -58 Wildwood Rd -W Simsbury, CT 06092
(617) 443-9292 ..**Leeman,**Joel R '83 (Bromberg & Sunstein LLP) -125 Summer -Bstn 02110 **Fx:**443-0004
(603) 410-1500 ..**Leeming,**Simon C '80 (Preti FBP&HP LLP) -57 N Main Bx1318 -Concord, NH 03302 **Fx:**410-1501
(508) 370-3400 ..**Leeper,**Kevin R '91 (Lewis & Leeper,LLP) -188 Concord -Frmnghm 01702 **Fx:**370-3300
(617) 383-6000 ..**Leerink,**Amy R '97 %R Allen,LLP -300 Wshngtn -Brookline 02445 **Fx:**344-7738
(508) 636-6991 ..**Lees,**Carlton A '63 -683 Main Rd -Westport 02790 **Fx:**636-6993
(978) 745-6006 ..**Lees,**Jacqueline V '90 -27 Congress -Salem 01970 **Fx:**745-9071
(978) 744-0637 ..**Lees,**Jacqueline V '90 OfCnsl Robert William Welch Law Ofc -27 Congress -Salem 01970 **Fx:**744-3650
(978) 281-0777 ..**Lees,**Paul L '90 Lees Law Ofc -46 Middle -Gloucstr 01930 **Fx:**281-4484
(617) 482-2380 ..**Lee-Tom,**Marilyn '94 Asian Comm Dvlpmnt Corp -888 Wshngtn -Bstn 02111 **Fx:**482-3056
(401) 728-6060 ..**Lefebvre,**Christopher M '95 %C Lefebvre PC -Bx479 -Pawtucket, RI 02862 **Fx:**728-6534
(401) 728-6060 ..**Lefebvre,**Marc D '96 Lefebvre & Son -2 Dexter Bx479 -Pawtucket, RI 02862 **Fx:**728-6534
(413) 532-0010 ..**Lefebvre,**Robt J '89 (Gelinas & Lefebvre,PC) -554 Grattan -Chicopee 01020 **Fx:**536-4208
(617) 951-5000 ..**Lefenfeld,**Sandra M '01 Wellington Mgt Co,LLP -75 State -Bstn 02109 **Fx:**790-7760
(617) 918-4241 ..**LeFevre,**E Renee '97 %BRA -One City Hall Sq -Bstn 02201 **Fx:**742-4464
(617) 342-4000 ..**LeFevre,**Edouard C '95 %Foley & Lardner LLP -111 Huntngtn Av -Bstn 02199 **Fx:**342-4001
(651) 483-9154 ..**LeFevre,**John H '75 -2 Foster Pl -North Oaks, MN 55127
(617) 437-6530 ..**Leffert,**Linda G '77 OfCnsl Gaffin Krattenmaker & O,PC -800 Boylston -Bstn 02199 **Fx:**437-9419
(508) 435-1000 ..**Lefkowitz,**Barbara J '93 %EMC Corp -176 South Bx9103 -Hopkinton 01748 **Fx:**497-8079
(781) 784-5293 ..**Lefkowitz,**Debra S '88 -132 Oak Hill Dr -Sharon 02067 **Fx:**784-1951
(781) 744-0861 ..**Lefkowitz,**Peter M '94 Cnsl Oracle Corp -10 Van de Graff Dr -Burlngtn 01803
(617) 880-3549 ..**Lefkowitz,**Richd I '93 (Riemer & Braunstein LLP) -3 Center Plz -Bstn 02108 **Fx:**880-3456
(603) 432-9539 ..**LeFrancois,**David G '77 -Bx419 -E Derry, NH 03041 **Fx:**432-4382

Ex. 4