UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-11340 DPW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
STEPHEN KEEFE,                                                *
   Plaintiff                                                         *
                                                                             *
   v.                                                                        *
                                                                             *
LOCAL 805, INTERNATIONAL                              *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *
LOCAL 800, INTERNATIONAL                              *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *
and LOCAL 799, INTERNATIONAL                      *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *
   Defendants                                                     *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION**
**FOR CONTINUANCE (ASSENTED TO)**

Plaintiff Stephen Keefe hereby moves this Court to continue the motion hearing presently scheduled for March 9, 2006, at 3:00 p.m.  The grounds for this motion is that the undersigned will be in California that week and therefore will not be able to appear at this Court's motion hearing.

The undersigned has communicated with counsel for the defendants as well as with counsel for the other four interested parties, and they have all indicated that they have no opposition to this motion.  Furthermore, all counsel suggest as an alternative the date of Wednesday, March 15, 2006, at 3:00 p.m.

**WHEREFORE** the motion hearing in this case should be rescheduled.

Stephen Keefe
By his attorney

*Scott A. Lathrop*

_____
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
(978) 448-8234
BBO No. 287820

Dated: February 15, 2006

Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants and to the other four interested parties by mailing this day a copy to the last known address of their Attorneys of Record.

*Scott A. Lathrop*

_____
Scott A. Lathrop

Dated: February 15, 2006