Exhibit E

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No.: 01CV10194DPW


STEPHEN KEEFE,                              )

                Plaintiff,                  )

        vs.                                 )

LOCAL 805, INTERNATIONAL                    )

LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        )

LOCAL 800, INTERNATIONAL                    )

LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        )

and LOCAL 799, INTERNATIONAL                )

LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        )

                Defendants.                 )


                DEPOSITION OF STEPHEN KEEFE, a witness

called on behalf of the Defendant pursuant to the

Massachusetts Rules of Civil Procedure, before

Mary P. Peacock, Professional Shorthand Reporter and

Notary Public in and for the Commonwealth of

Massachusetts at the offices of Angoff, Goldman,

Manning, Wanger & Hynes 24 School Street, Boston,

Massachusetts, on February 6, 2002, commen

10:05 a.m.





Q.   Who told you to go to Mr. Horohoe to obtain that

letter?

          MR. LATHROP:   Objection to the form.

A.   I don't remember who told me to.

Q.   Did someone tell you to get the letter?

A.   I don't remember.

Q.   But in fact on May 24 you were working as a

longshoreman and also doing other work for John T.

Clark, isn't that true?

A.   Yes.

Q.   Are you still doing work for John T. Clark other than

longshore work?

A.   No.

Q.   Mr. Keefe, I show you a document dated May 25th,

2000.  Is that your signature?

A.   Yes.

Q.   And did you date the document?

A.   Yes.

Q.   On May 25th, 2000?

A.   Yes.

Q.   And that's the Hiring Hall certification?

A.   Yes.

Q.   And it's -- it states that, "I pledge on my honor

that I am available on a full-time basis and working