Exhibit H

A

# Rules Committee
## Locals 799 800 & 805

TO UNION MEMBER  _Stephen Keefe_  LOCAL _805_

THE I.L.A. RULES COMMITTEE, WHO ARE EMPOWERED BY RULE #37 OF THE HIRING HALL RULES, ARE HEREBY NOTIFYING YOU TO APPEAR BEFORE THEM.

THE COMMITTEE SUMMONS YOU ON THIS DATE OF _Feb 6, 2003_
AT 12 NOON TO APPEAR AT THE HIRING HALL.

THE PURPOSE OF THIS HEARING IS FOR YOU TO SHOW JUST CAUSE AS TO WHY YOU SHOULD NOT BE SUSPENDED AND PLACED INTO GANG #12.
PLEASE BRING WITH YOU ANY RESIGNATION AND/RETIREMENT PAPERS, TAX RETURNS OR ANY DOCUMENTS THAT YOU DEEM PERTINENT.

WE HAVE FOUND YOU TO BE IN VIOLATION OF NOT HONORING THE PLEDGE THAT YOU SIGNED.
FAILURE TO APPEAR AT THIS HEARING COULD ALSO RESULT IN A SANCTION.

                                            THE MEMBERS OF THE I.L.A.
                                            RULES COMMITTEE,
                                            LOCALS #799, #800, #805



Page 1

VOL. I
PAGES 1-124
EXHIBITS 1-20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.:  04-CV-11340DPW

* * * * * * * * * * * *

STEPHEN KEEFE,

    PLAINTIFF,

VS

LOCALS 805, INTERNATIONAL

LONGSHOREMEN'S ASSOCIATION,

AFL-CIO, ET. AL,

    DEFENDANTS.

* * * * * * * * * * * * *

    DEPOSITION OF STEPHEN KEEFE, taken on

behalf of the Defendants, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Bernadette J. D'Alelio,

Notary Public and Court Reporter within and for

the Commonwealth of Massachusetts, at the

Offices of Mullen & McGourty, 52 Temple Place,

Boston, Massachusetts, on May 8, 2006,

at 10:01 a.m., as follows:

Page 94

1  box in Green Harbor?
2     A. That is where our mail is delivered.
3     Q. How long has your mail been delivered
4  to that post-office box?
5     A. Forever.
6     Q. More than 20 years?
7     A. Yeah.
8     Q. Have you ever changed that post-office
9  box in the last 20 years?
10    A. No.
11    Q. Have you ever had any other address
12 that you received mail at in the past 20 years?
13    A. No.
14       MR. MAHONEY: Let's mark these as
15 the next few exhibits.
16       (Exhibit-15, Letter Dated 2/6/03;
17        Exhibit-16, Rules; Exhibit-17,
18        Certificate; Exhibit-18, Letter;
19        Exhibit-19, Letter; Exhibit-20,
20        Letter, marked for
21        identification.)
22    BY MR. MAHONEY:
23    Q. I'm going to show you what we've
24 marked as Exhibit 15 and ask if you have ever

Page 95

1  seen this document before?
2     A. Yes.
3     Q. Did you receive that prior to February
4  6, 2003?
5     A. I think so, yeah.
6     Q. I'm going to show you what has been
7  marked as Exhibit 16 and ask if you have ever
8  seen that before?
9     A. Yes.
10    Q. Did you receive that in February of
11 2003?
12    A. Yes.
13    Q. I'm going to show you what we marked
14 as Exhibit 14 and ask you, do you recognize
15 that to be a copy of a -- you know, those green
16 cards that you get from certified mail?
17    A. One of these, I didn't receive.
18    Q. Is that your signature on that last
19 exhibit that I just showed you?
20    A. Yes.
21    Q. I'm going to show you what we marked
22 as Exhibit 18.
23       Have you ever seen Exhibit 18 before?
24    A. Yes.

Page 96

1     Q. When did you see Exhibit 18 for the
2  first time?
3     A. I don't remember.
4     Q. Was it sometime in March of 2003?
5     A. It could have been.
6     Q. I'm going to show you what we marked
7  as Exhibit 19.
8        Have you ever seen that before?
9     A. Yes.
10    Q. When did you first see Exhibit 19?
11    A. I don't remember.
12    Q. Was it sometime in March of 2003?
13    A. It could have been, yeah.
14    Q. With regard to Exhibit 20, have you
15 ever seen this document before? I will
16 represent to you that was an attachment that
17 Mr. Picard sent in his letter to Mr. McNamara.
18    A. I don't remember ever getting anything
19 from Joe Picard.
20    Q. Why don't you read what is in Exhibit
21 20, and then I'm going to have some questions
22 about what is contained in that.
23    A. (Witness reviewing document.)
24    Q. By the way, Mr. Keefe, are you suing

Page 97

1  for your legal fees in this case?
2     A. I don't know yet.
3     Q. Have you spent any money in payment to
4  your lawyer in this case?
5     A. Yes.
6     Q. Are you paying Mr. Lathrop yourself?
7     A. No.
8     Q. Who is?
9     A. My brother.
10    Q. That is your brother Tim?
11    A. Yes.
12    Q. Can I see that last exhibit, please,
13 for a moment?
14    A. (Witness complying.)
15    Q. Thank you.
16       Now, you have never spoken to
17 Mr. Picard about this case or your suspension;
18 is that right?
19    A. No.
20    Q. You appeared at a rules committee
21 meeting on March 5, 2003; isn't that true?
22    A. I think so.
23    Q. And what was your understanding of why
24 you had to appear at that rules committee