Exhibit R

VOL. I
PAGES 1-124
EXHIBITS 1-20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.:  04-CV-11340DPW

*   *   *   *   *   *   *   *   *   *   *   *

STEPHEN KEEFE,

       PLAINTIFF,

VS

LOCALS 805, INTERNATIONAL

LONGSHOREMEN'S ASSOCIATION,

AFL-CIO, ET. AL,

       DEFENDANTS.

*   *   *   *   *   *   *   *   *   *   *   *

       DEPOSITION OF STEPHEN KEEFE, taken on

behalf of the Defendants, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Bernadette J. D'Alelio,

Notary Public and Court Reporter within and for

the Commonwealth of Massachusetts, at the

Offices of Mullen & McGourty, 52 Temple Place,

Boston, Massachusetts, on May 8, 2006,

at 10:01 a.m., as follows:

b0f77de6-8512-41ab-9233-1851c631ba92

Page 118

1  you know if it is kept at the union hall or any
2  other building?
3      A.  The last time I saw a constitution was
4  from 1998 or something, '94.
5      Q.  That was before you were a member of
6  805, right?
7      A.  (Witness nodding.)
8      Q.  Prior to being a member of 805, you
9  were a member of another longshoremen's union,
10  weren't you?
11     A.  Yes.
12     Q.  That was up in Portsmouth, New
13  Hampshire?
14     A.  Yes.
15     Q.  What local was that?
16     A.  Local 1947.
17     Q.  Had you ever been summoned before the
18  rules committee or any hearing officer in 1947
19  while you were a member there?
20     A.  Not that I recall.  I don't think they
21  had a rules committee.
22     Q.  Prior to filing this litigation, Civil
23  Action Number 0411340, did you pursue an appeal
24  of the rules committee's decision with the

Page 119

1  union?
2      A.  For my suspension?
3      Q.  Yes.
4      A.  I didn't know I could appeal.
5      Q.  On April 7, 2003, your attorney wrote
6  a letter to Mr. Bowers, the president of the
7  international; is that right?
8      A.  Yes.
9      Q.  And that letter was a complaint made
10  on your behalf to Mr. Bowers about your
11  suspension; is that right?
12     A.  Yes.
13     Q.  Prior to that letter being sent to
14  Mr. Bowers, had you pursued any appeal within
15  the union, either to the district council or
16  any other body in accordance with the
17  constitution?
18     A.  I didn't know you could.
19     Q.  Prior to filing this civil action, had
20  you pursued any appeal of your suspension
21  within the union, either to the district
22  council or any other body pursuant to the
23  constitution?
24     A.  Say that again, please?

Page 120

1          MR. MAHONEY:  Can you read that
2  back, please, Bernadette?
3          (Question read.)
4      A.  I didn't know you could.
5      Q.  Do you recall when we were talking
6  about Exhibit 5 earlier, which are the hiring
7  hall rules?
8      A.  Yes.
9      Q.  We were previously talking about the
10  hiring hall rules in regard to the pledge
11  sheet.  Do you recall that?
12     A.  Yes.
13     Q.  What I want to focus your attention
14  now on is Rule 25.  You't
15          Tell me if I read this incorrectly.  I
16  will try to do it upside down.
17          "All members who have a grievance must
18  go through proper channels first before
19  bringing a lawsuit against the ILA or any
20  local."
21          Did I read that correctly?
22     A.  Yes.
23     Q.  "(The channels are as follows:  First,
24  they must go through their local; next, New

Page 121

1  England Dock & Marine Council or Atlantic
2  District Council; and then the international.)"
3          Did I read that correctly?
4      A.  Yes.
5      Q.  And these are the hiring hall rules
6  that were in effect in 2003 at the time of your
7  suspension; isn't that right?
8      A.  Yes.
9      Q.  And prior to filing this lawsuit, did
10  you make any request to the New England Dock &
11  Marine Council or the Atlantic District Council
12  appealing your suspension?
13     A.  I never read that rule.  I didn't know
14  I could.  If I did, I would have went that
15  avenue.
16     Q.  Your attorney did write to the
17  president; is that right?
18     A.  Yes.
19     Q.  And you received Mr. Bowers' response,
20  the president's response, in December 2003;
21  isn't that right?
22     A.  Yes.
23     Q.  And was it after you received
24  President Bowers' response that you then filed

31 (Pages 118 to 121)

b0f77de6-8512-41ab-9233-1851c631ba92