Exhibit T

Page 1

VOL. I
PAGES 1-124
EXHIBITS 1-20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-11340DPW

* * * * * * * * * * * *

STEPHEN KEEFE,

    PLAINTIFF,

VS

LOCALS 805, INTERNATIONAL

LONGSHOREMEN'S ASSOCIATION,

AFL-CIO, ET. AL,

    DEFENDANTS.

* * * * * * * * * * * * *

    DEPOSITION OF STEPHEN KEEFE, taken on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Bernadette J. D'Alelio, Notary Public and Court Reporter within and for the Commonwealth of Massachusetts, at the Offices of Mullen & McGourty, 52 Temple Place, Boston, Massachusetts, on May 8, 2006, at 10:01 a.m., as follows:

DUNN & GOUDREAU

b0f77de6-8512-41ab-9233-1851c631ba92

Page 86

1   A. Rental property.
2   Q. What else, if anything?
3   A. Legal or illegal?
4   Q. Other income. You say in your --
5   A. I'm saying he has other incomes. Can
6   I name illegal or legal?
7   Q. You ought to consult with your
8   attorney about that. I'm asking you in
9   Paragraph -- with regard to Paragraph 36 where
10  you say "other jobs and incomes."
11  A. I will leave it as rental income.
12  Q. What about McGaffegan?
13  A. Pensions.
14  Q. What else, if anything?
15  A. I don't know of anything else.
16  Q. Now, what do you understand the reason
17  to be for your suspension in 2003?
18  A. I don't know. When the rules
19  committee knows that there are other people
20  that have other incomes, I guess I had another
21  income.
22  Q. In Paragraph 33 at the top of Page 6
23  in your complaint, in your second sentence, you
24  say, "The rules committee suspended Keefe for

Page 87

1   six months and put him back into Gang 12 for
2   supposedly having another job."
3       Did I read that correctly?
4   A. Correct.
5   Q. The next sentence is, "Keefe continues
6   to have another income from JTC, not another
7   job, and the rules committee members know
8   that."
9       Did I read that correctly?
10  A. Yes.
11  Q. That is actually the same response you
12  provided in request for admissions, Number 32,
13  just about; isn't that right?
14  A. Yup.
15  Q. So your understanding of the reason
16  for your suspension was that the rules
17  committee held -- determined that you had
18  another job; is that fair to say?
19  A. Yes.
20  Q. And we already went through all the
21  John T. Clark W-2s.
22      In 2003 you already admitted that you
23  did receive W-2 income from John T. Clark;
24  isn't that right?

Page 88

1   A. Yes.
2   Q. Let me see if I can get right to the
3   main issue.
4       It is your contention that because you
5   received that income, but you really weren't
6   doing any work for it, that that wasn't another
7   job?
8   A. Correct. Like a lot of other union
9   members down there do the same thing.
10  Q. But you understand that you reported
11  the money you received to the federal and state
12  government as income that you earned from
13  working at John T. Clark; is that right?
14  A. Correct.
15      MR. LATHROP: Objection to the
16  form of the question.
17      BY MR. MAHONEY:
18  Q. Leaving aside your claims about
19  Mr. Lee for the moment, but with regard to
20  Mr. Picard and Mr. McGaffegan, you said rental
21  property and then pension, money received from
22  rental property and pension. And I know you're
23  not a tax attorney.
24      That is not reportable income; isn't

Page 89

1   that fair to say?
2       MR. LATHROP: Objection.
3   A. I don't know.
4   Q. Do you get any pension whatsoever?
5   A. No.
6   Q. But we already went over that you know
7   the difference between income received from a
8   stock distribution rather than income. You're
9   familiar with that, right?
10      MR. LATHROP: Objection.
11  A. Yes.
12  Q. Do you have any understanding,
13  Mr. Keefe, generally speaking, of what the
14  phrase "passive income" is?
15  A. No.
16  Q. Do you have any understanding of the
17  word or phrase "unearned income"?
18  A. No.
19  Q. On your tax returns, which we don't
20  have as of yet, did you report any unearned
21  income for, say, 2002 and 2003?
22  A. I don't think so, no.
23  Q. In Paragraph 37 of your complaint, you
24  say, "Other union members have other jobs and

DUNN & GOUDREAU

b0f77de6-8512-41ab-9233-1851c631ba92