Exhibit U

VOL. I
PAGES 1-124
EXHIBITS 1-20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-11340DPW

* * * * * * * * * * * *

STEPHEN KEEFE,

      PLAINTIFF,

VS

LOCALS 805, INTERNATIONAL

LONGSHOREMEN'S ASSOCIATION,

AFL-CIO, ET. AL,

      DEFENDANTS.

* * * * * * * * * * * *

     DEPOSITION OF STEPHEN KEEFE, taken on

behalf of the Defendants, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Bernadette J. D'Alelio,

Notary Public and Court Reporter within and for

the Commonwealth of Massachusetts, at the

Offices of Mullen & McGourty, 52 Temple Place,

Boston, Massachusetts, on May 8, 2006,

at 10:01 a.m., as follows:

b0f77de6-8512-41ab-9233-1851c631ba92

Page 38

1    A.  Yes.
2    Q.  Do you still have your answers to the
3  admissions in front of you?
4    A.  Yes.
5    Q.  Would you turn to Page 2, please.
6        Do you see request Number 4 where it
7  says, "Rule 37 of the hiring hall work rules
8  for Local 799, 800, and 805 permits a six-month
9  suspension from a gang or steady job for a
10  member's violation of his pledge or due to his
11  failure to appear before the rules committee
12  when summoned."
13        And you admitted that in your answers;
14  is that right?  I'm asking you to look at Page
15  2 of the admissions.
16    A.  I know.
17    Q.  You admitted that to be a correct
18  statement; is that right?
19    A.  Yes.
20    Q.  And so you also understood when you
21  admitted that in January of 2006 that that
22  admission was referring directly to what we've
23  now marked as Exhibit 5 as the hiring hall
24  rules, right?

Page 39

1    A.  Yes.
2    Q.  At the bottom of Page 2, Request
3  Number 7 on May 25, 2000, you signed a pledge
4  sheet affirming your compliance with hiring
5  hall rule 36 as it existed in May of 2000, and
6  then you answer "admitted"; is that right?
7    A.  Yes.
8    Q.  And then in Request Number 8 in May of
9  2000, you signed a pledge with Local 805.  You
10  were working exclusively at the craft of being
11  a longshoreman.  And you answered "admitted,"
12  is that right, on Page 3?
13    A.  Yes.
14        MR. MAHONEY:  Mark that as the
15  next exhibit, please.
16        (Exhibit-6, Pledge Dated 5/25/00,
17        marked for identification.)
18        BY MR. MAHONEY:
19    Q.  We were just talking about the pledge
20  that you signed in May of 2000.  I'm going to
21  show you what we now marked as Exhibit 6 to
22  this deposition and ask if that is the pledge
23  that you signed on May 25, 2000, or a copy of
24  it?

Page 40

1    A.  Yes.
2    Q.  When you read that, those words on
3  Exhibit Number 6, you understood them; is that
4  right?
5    A.  Yes.
6    Q.  Otherwise, you wouldn't have signed
7  it, right?
8    A.  Yes.
9    Q.  You understood the capitalized,
10  underlined phrase "working at this craft
11  exclusively," otherwise you wouldn't have
12  signed it, right?
13    A.  Yes.
14    Q.  John T. Clark & Son, they're contract
15  stevedores and marine terminal operators, is
16  that right, or they were?
17    A.  Yes.
18    Q.  What type of work did Local 805 do?
19    A.  Union work.
20    Q.  Are they stevedores?
21    A.  No.
22    Q.  They are not.  Are they longshoremen?
23    A.  Yes.
24    Q.  What does a longshoreman do?

Page 41

1    A.  A variety of things, unload ships, car
2  jobs.
3    Q.  Drive cars off of ships.  Anything
4  else?
5    A.  Salt jobs.
6    Q.  What is a salt job?
7    A.  Unload salt passenger ships.
8    Q.  A longshoreman works down at the dock
9  at a port, regardless of where it is, right?
10    A.  Yes.
11    Q.  And could you generally say that a
12  longshoreman is a laborer who will unload all
13  types of cargo from ships that is brought into
14  the port; is that right?
15    A.  Yes.
16        MR. MAHONEY:  Let's mark this as
17  the next exhibit, please.
18        (Exhibit-7, Letter Dated 5/24/00,
19        marked for identification.)
20        BY MR. MAHONEY:
21    Q.  I'm going to show you, Mr. Keefe, what
22  we've marked as Exhibit 7 and ask if you
23  recognize this document?
24    A.  Yes.

11 (Pages 38 to 41)