Exhibit E

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No.: 01CV10194DPW

STEPHEN KEEFE,                              )
              Plaintiff,                  )
  vs.                                       )
LOCAL 805, INTERNATIONAL                    )
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        )
LOCAL 800, INTERNATIONAL                    )
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        )
and LOCAL 799, INTERNATIONAL                )
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,        )
              Defendants.                 )

        DEPOSITION OF STEPHEN KEEFE, a witness called on behalf of the Defendant pursuant to the Massachusetts Rules of Civil Procedure, before Mary P. Peacock, Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts at the offices of Angoff, Goldman, Manning, Wanger & Hynes 24 School Street, Boston, Massachusetts, on February 6, 2002, commen[cing at] 10:05 a.m.

```
 1   Q.   Who told you to go to Mr. Horohoe to obtain that
 2        letter?
              MR. LATHROP:  Objection to the form.
 3   A.   I don't remember who told me to.
 4   Q.   Did someone tell you to get the letter?
 5   A.   I don't remember.
 6   Q.   But in fact on May 24 you were working as a
 7        longshoreman and also doing other work for John T.
 8        Clark, isn't that true?
 9   A.   Yes.
10   Q.   Are you still doing work for John T. Clark other than
11        longshore work?
12   A.   No.
13   Q.   Mr. Keefe, I show you a document dated May 25th,
14        2000.  Is that your signature?
15   A.   Yes.
16   Q.   And did you date the document?
17   A.   Yes.
18   Q.   On May 25th, 2000?
19   A.   Yes.
20   Q.   And that's the Hiring Hall certification?
21   A.   Yes.
22   Q.   And it's -- it states that, "I pledge on my honor
23        that I am available on a full-time basis and working
```