Exhibit G

# 2000 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.
The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.

| | Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|---|
| 1 | 76862.00 | 10815.95 |
| 3 | Social security wages 76200.00 | 4 Social security tax withheld 4724.40 |
| 5 | Medicare wages and tips 76862.00 | 6 Medicare tax withheld 1107.25 |

Control Number 001007 STJ    Dept.

Employer's name, address, and ZIP code
JOHN T CLARK & SON
OF BOSTON
BOSTON FISH PIER STE. 301
BOSTON MA 02210

Corp. A    Employer use only

b Employer's FED ID number 04-2205684
a Employee's SSA number 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    Batch #00370

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

7 Social security tips
8 Allocated tips
9 Advance EIC payment
10 Dependent care benefits
11 Nonqualified plans
12 Benefits included in box 1 750.00
13 See Instrs. for box 13
14 Other

15 Statutory employee / Deceased / Pension plan X / Legal rep. / Deferred comp.

16 State Employer's state ID no. 042-203-684*08*
17 State wages, tips, etc. 76862.00
18 State income tax 3939.40
19 Locally name
20 Local wages, tips, etc.
21 Local income tax

W-2 Wage and Tax Statement 2000

Copy C for employee's income record

Employee Reference Copy

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

4. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 2
STATE: 2

| | | Gross Pay | Fed. Income Tax Withheld | Social Security Tax | Medicare Tax | MA State Income Tax |
|---|---|---|---|---|---|---|
| Gross Pay | | 76862.00 | 10815.95 | 4724.40 | 1107.25 | 3939.40 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages Box 16 of W-2 |
|---|---|---|---|---|
| Reported W-2 Wages | 76862.00 | 76200.00 | 76862.00 | 76862.00 |

© 2000 AUTOMATIC DATA PROCESSING, INC.

Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.


EXHIBIT

## 2000 W-2 and EARNINGS SUMMARY

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 13585.50 | 2315.70 |
| 3 Social security wages | 4 Social security tax withheld |
| 13585.50 | 842.30 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 13585.50 | 196.99 |

**a Control Number** 043537 HCK  Dept. 100  Corp. A  Employer use only 145

**c Employer's name, address, and ZIP code**
JOHN T. CLARK & SON
OF BOSTON
BOSTON FISH PIER STE. 301
BOSTON MA 02210

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 04-2203684 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See instrs. for box 13 | 14 Other |
| 15 Stat emp. | Deceased | Pension plan | Legal rep. | Deferred comp. |

**e/f Employee's name, address and ZIP code**
STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

| 16 State Employer's state ID no. | 17 State wages, tips, etc. |
|---|---|
| MA 042-203-684*09* | 13585.50 |
| 18 State income tax | 19 Locality name |
| 734.13 | |
| 20 Local wages, tips, etc. | 21 Local income tax |

Batch #00379

**W-2 Wage and Tax Statement 2000**
OMB No. 1545-0008

Copy C for employee's records.

Employee Reference Copy
Copy C for employee's records.

© 2000 AUTOMATIC DATA PROCESSING, INC.
Join the 40 million Americans who will e-file their income tax returns this year! Visit www.irs.gov for details.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

This blue Earnings Summary sections are included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2000 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Fed. Income Tax Withheld Box 2 of W2 | Social Security Tax Withheld Box 4 of W2 | Medicare Tax Withheld Box 6 of W2 | MA State Income Tax Box 17 of W2 |
|---|---|---|---|---|---|
| Gross Pay | 13585.50 | 2315.70 | 842.30 | 196.99 | 734.13 |

2. Your Gross Pay was Adjusted as follows, to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W2 | Social Security Wages Box 3 of W2 | Medicare Wages Box 5 of W2 | MA State Wages, Tips, Etc. Box 17 of W2 |
|---|---|---|---|---|
| Gross Pay | 13585.50 | 13585.50 | 13585.50 | 13585.50 |
| Reported W-2 Wages | 13585.50 | 13585.50 | 13585.50 | 13585.50 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0





## W-2 Wage and Tax Statement 2001

Copy C for employee's records.

FAST! Use
Safe, accurate,
Employee Reference COPY
Visit the IRS Web Site
at www.irs.gov.

OMB No. 1545-0008

| | |
|---|---|
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 76362.00 | 10443.60 |
| 3 Social security wages | 4 Social security tax withheld |
| 76362.00 | 4734.44 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 76362.00 | 1107.25 |

a Control Number  001007 STJ  Dept.  Corp.  Employer use only  A  3

b Employer's FED ID number  04-2203684
c Employee's SSA number  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

c Employer's name, address and ZIP code
JOHN T CLARK & SON
OF BOSTON
BOSTON FISH PIER STE 301
BOSTON MA 02210

e/f Employee's name, address and ZIP code
STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 13 | 12b |
| 14 Other | 12c |
| | 12d |

13 Stat emp  Ret plan  3rd party sick pay   X

15 State  Employer's state ID no.  MA  042-203-684*09*
16 State wages, tips, etc.  76362.00
17 State income tax  3809.01
18 Local wages, tips, etc.
19 Local income tax
20 Locality name

Batch #00516

e-file

© 2001 AUTOMATIC DATA PROCESSING, INC.

Fold and Detach Here

---

## 2001 W-2 and EARNINGS SUMMARY

ADP

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

The following information reflects your final 2001 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Social Security | Medicare | MA State Income Tax |
|---|---|---|---|---|
| | 76862.00 | 4734.44 | 1107.25 | 3809.01 |

| | Box 1 of W-2 | Box 3 of W-2 | Box 5 of W-2 | Box 17 of W-2 |
| Fed. Income Tax Withheld | 10443.60 | | | |
| Box 2 of W-2 | | | | |

| | Wages, Tips, other Compensation | Social Security Wages | Medicare Wages, Tips, Etc. | MA State Wages, Tips, Etc. |
| Gross Pay | 76862.00 | 76862.00 | 76862.00 | 76862.00 |
| Reported W-2 Wages | 76362.00 | 76362.00 | 76362.00 | 76362.00 |
| | Box 1 of W-2 | Box 3 of W-2 | Box 5 of W-2 | Box 16 of W-2 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 2
STATE: 2

© 2001 ADP

EXHIBIT

# 2001 W-2 and EARNINGS SUMMARY

**This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.** The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2001 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Fed. Income Tax Withheld | Social Security Tax Withheld | Medicare Tax Withheld | MA State Income Tax |
|---|---|---|---|---|---|
| | | Box 2 of W-2 | Box 4 of W-2 | Box 6 of W-2 | Box 17 of W-2 |
| Gross Pay | 19,435.74 | 3267.74 | 1205.02 | 281.82 | 1005.17 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Reported W-2: Wages | 19,435.74 | 19,435.74 | 19,435.74 | 19,435.74 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Social Security Number:     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
Taxable Marital Status:     SINGLE
Exemptions/Allowances:
FEDERAL:    0
STATE:      0

---

| | | | | |
|---|---|---|---|---|
| 1 Wages, tips, other comp. 19435.74 | | 2 Federal income tax withheld 3267.74 | | |
| 3 Social security wages 19435.74 | | 4 Social security tax withheld 1205.02 | | |
| 5 Medicare wages and tips 19435.74 | | 6 Medicare tax withheld 281.82 | | |

**c** Employer's name, address, and ZIP code
JOHN T CLARK 8. SON
OF BOSTON
BOSTON FISH PIER, STE 301
BOSTON MA 02210

**b** Employer's FED ID number
04-2203684
**d** Employee's SSA number
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

Control Number   Dept.   Corp.   Employer use only
048537 HCK       100     A       184

Batch #00539

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| 13 Stat emp Ret. plan 3rd party sick pay | |

**e/f** Employee's name, address and ZIP code
STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

| 15 State Employer's state ID no. MA  042-203-684*09* | 16 State wages, tips, etc. 19435.74 |
|---|---|
| 17 State income tax 1005.17 | 18 Local wages, tips, etc. |
| 19 Local income tax | 20 Locality name |

**W-2** Wage and Tax Statement
**2001**
OMB No. 1545-0008

Copy C for employee's records.
Safe, accurate, FAST! Use **e-file**
Visit the IRS Web Site at www.irs.gov.
Employee Reference Copy

© 2001 AUTOMATIC DATA PROCESSING, INC.

— Fold and Detach Here —



# 2002 W-2 and EARNINGS SUMMARY

This blue earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2002 pay stub plus any adjustments submitted by your employer.

| | | |
|---|---|---|
| 1 Wages, tips, other comp. | 2 Federal income tax withheld | |
| 76362.00 | 10421.55 | |
| 3 Social security wages | 4 Social security tax withheld | |
| 76362.00 | 4734.44 | |
| 5 Medicare wages and tips | 6 Medicare tax withheld | |
| 76362.00 | 1107.25 | |
| c Control Number STJ | Dept. | Corp. | Employer use only |
| 001007 STJ | | A | 3 |
| c Employer's name, address, and ZIP code | | | |
| JOHN T. CLARK & SON OF BOSTON | | | |
| PO BOX 29B73 | | | |
| CHARLESTOWN, MA 02129 | | | |
| b Employer's FED ID number | d Employer's SSA number | Batch #00475 |
| 04-2205804 | 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 | |
| 7 Social security tips | 8 Allocated tips | |
| 9 Advance EIC payment | 10 Dependent care benefits | |
| 11 Nonqualified plans | 12a See instructions for box 12 | |
| 14 Other | 12b | |
| | 12c | |
| | 12d | |
| | 13 Stat employee Ret. plan 3rd party sick pay | X |
| e/f Employee's name, address, and ZIP code | | |
| STEPHEN KEEFE | | |
| PO BOX 726 | | |
| GREEN HARBOR MA 02041 | | |
| 15 State Employer's state ID no. | 16 State wages, tips, etc. | |
| MA  042-203-084*09* | 76362.00 | |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 3610.23 | | |
| 19 Local income tax | 20 Locality name | |

Safe, accurate, **en-file** Visit the IRS Web Site
FAST! Use at www.irs.gov.

**W-2** Wage and Tax Statement **2002**
Employee Reference Copy
Copy C for employee's records.
OMB No. 1545-0008

© 2002 AUTOMATIC DATA PROCESSING, INC.

→ Fold and Detach Here →

---

## 2002 W-2 and EARNINGS SUMMARY

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
  FEDERAL: 2
  STATE: 2

Complete your tax returns in minutes — go to http://taxpartner.adp.com



## 2002 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2002 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | | Social Security Tax Withheld Box 4 of W-2 | Medicare Tax Withheld Box 6 of W-2 | MA State income tax |
|---|---|---|---|---|---|
| | 6444.55 | | 399.56 | 93.45 | 315.43 |
| Fed. Income Tax Withheld Box 2 of W-2 | | 1032.26 | | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 6,444.55 | 6,444.55 | 6,444.55 | 6,444.55 |
| Reported W-2 Wages | 6,444.55 | 6,444.55 | 6,444.55 | 6,444.55 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Social Security Number: 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
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

---

### W-2 Wage and Tax Statement 2002

OMB No. 1545-0008

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 6444.55 |
| 2 | Federal income tax withheld | 1032.26 |
| 3 | Social security wages | 6444.55 |
| 4 | Social security tax withheld | 399.56 |
| 5 | Medicare wages and tips | 6444.55 |
| 6 | Medicare tax withheld | 93.45 |

c Employer's name, address, and ZIP code.
JOHN T CLARK, & SON
OF BOSTON
PO BOX 290573
CHARLESTOWN MA 02129

d Employee's SSA number 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

b Employer's FED ID number 04-2203684

Control Number: 043537 HCK  Dept. 100  Corp. A  Employee use only 118

Batch #00571

7 Social security tips
8 Allocated tips
10 Dependent care benefits
9 Advance EIC payment
11 Nonqualified plans
14. Other:

15 State MA  Employer's state ID no. 042-203-684*09*
16 State wages, tips, etc. 6444.55
17 State income tax 315.43

e Employee's name, address and ZIP code
STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Copy C for employee's records.

© 2002 AUTOMATIC DATA PROCESSING, INC.


EXHIBIT

# 2003 W-2 and EARNINGS SUMMARY

**ADP**

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 15153.00 |
| 2 | Federal income tax withheld | 1717.29 |
| 3 | Social security wages | 15153.00 |
| 4 | Social security tax withheld | 939.49 |
| 5 | Medicare wages and tips | 15153.00 |
| 6 | Medicare tax withheld | 219.72 |
| a | Control Number 0010007 46/STJ | Dept. | Corp. T | Employer use only |
| 15 | State Employer's state ID no. MA 042-203-6840*08* | | |
| 16 | State wages, tips, etc. | 15153.00 |
| 17 | State income tax | 684.48 |

**b** Employer's FED ID number  04-2203684

**c** Employer's name, address, and ZIP code
JOHN T CLARK & SON
OF BOSTON
PO BOX 290573
CHARLESTOWN MA 0212?

**d** Employer's SSA number  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

**e/f** Employee's name, address and ZIP code
STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Batch #00788

8 Allocated tips
7 Social security tips
10 Dependent care benefits
11 Nonqualified plans
14 Other

13 Stat employee / Retirement plan / 3rd party sick pay  X

19 Local income tax
20 Locality name

**W-2** Wage and Tax Statement 2003
OMB No. 1545-0008

Copy C for employee's records.

Safe, accurate, FAST! Use **e-file**
at www.irs.gov.

Employee Reference Copy
Visit the IRS Web Site at www.irs.gov.

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| | Gross Pay | Fed. Income Tax Withheld Box 2 of W-2 | Social Security Tax Withheld Box 4 of W-2 | Medicare Tax Withheld Box 6 of W-2 | MA State Income Tax Box 17 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 15153.00 | 1717.29 | 939.49 | 219.72 | 684.48 |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages Tips Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Reported W-2 Wages | 15153.00 | 15153.00 | 15153.00 | 15153.00 |
| | 15153.00 | 15153.00 | 15153.00 | 15153.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

STEPHEN KEEFE
PO BOX 726
GREEN HARBOR MA 02041

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
  FEDERAL: 2
  STATE: 2

© 2003 AUTOMATIC DATA PROCESSING, INC.

Fold and Detach Here →   Save 15% on tax preparation. Learn more at https://taxpartner.adp.com.



VOL. I
PAGES 1-124
EXHIBITS 1-20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.:  04-CV-11340DPW

* * * * * * * * * * * *

STEPHEN KEEFE,

      PLAINTIFF,

VS

LOCALS 805, INTERNATIONAL

LONGSHOREMEN'S ASSOCIATION,

AFL-CIO, ET. AL,

      DEFENDANTS.

* * * * * * * * * * * *

      DEPOSITION OF STEPHEN KEEFE, taken on

behalf of the Defendants, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Bernadette J. D'Alelio,

Notary Public and Court Reporter within and for

the Commonwealth of Massachusetts, at the

Offices of Mullen & McGourty, 52 Temple Place,

Boston, Massachusetts, on May 8, 2006,

at 10:01 a.m., as follows:

Page 42

1   Q.  What do you recognize it to be?
2   A.  It's a letter from William Horahoa.
3   Q.  Who is William Horahoa?
4   A.  He is the president of John T. Clark
5   or was the president of John T. Clark.
6   Q.  What is the date on the letter?
7   A.  May 24th, 2000.
8   Q.  Who is the addressee on the letter?
9   To whom it may concern?
10  A.  Yes.
11  Q.  Now, in May of 2000, Mr. Horahoa
12  indicated that "Mr. Keefe is employed by our
13  company," meaning John T. Clark & Son, "on a
14  casual basis as a longshoreman working at the
15  Conley Container Terminal"; is that correct?
16  A.  Yes.
17  Q.  Earlier, when you said that your
18  family was taking care of you, had your job
19  duties or responsibilities or any of the work
20  that you did at John T. Clark & Company at any
21  time when you were getting money from them,
22  ever change?
23  A.  At any time?
24  Q.  Yeah.  Why don't I limit the

Page 43

1   question.
2       From 2000 until 2003, did your job
3   duties and responsibilities at John T. Clark &
4   Son change?
5   A.  No.  I was working out of the hall.
6       MR. MAHONEY:  So let's mark the
7   W-2 from 2000 as the next exhibit from John
8   T. Clark.  Actually, there is two of them.
9       For the record, we will do 8A as the
10  76,362 one, and we'll do 8B as the 13,585 W-2
11  from 2000.
12      (Exhibit-8A and 8B, W-2s for
13          2000; Exhibits-9A and 9B, W-2s
14          for 2001; Exhibits-10A and 10B,
15          W-2s for 2002, marked for
16          identification.)
17      MR. MAHONEY:  For the record,
18  Exhibit 1 contains three documents.  One is the
19  W-2 of John T. Clark & Son.  1A, which we are
20  going to mark in a minute, is a W-2 from
21  Columbia Coastal.  And then 1C appears to be a
22  copy of the amount of unemployment compensation
23  that the plaintiff received in 2003.
24      So let's mark 1B and 1C.

Page 44

1       (Exhibit-1B, W-2; Exhibit-1C,
2           Unemployment Compensation, marked
3           for identification.)
4       BY MR. MAHONEY:
5   Q.  We've already talked about Exhibit 1.
6   Let's talk about Exhibit 1B.
7       What is that, sir?
8   A.  Unemployment--
9   Q.  A copy of unemployment compensation?
10  A.  -- compensation.
11  Q.  It appears you received more than
12  $19,000 from the Commonwealth for unemployment
13  compensation; is that right?
14  A.  Yes.
15  Q.  You applied for that unemployment
16  compensation as a result of being laid off?
17  A.  Yes.
18  Q.  Who were you laid off by?
19  A.  The union.
20  Q.  Did you have to list a specific
21  employer?
22  A.  P&O Ports, I think.
23  Q.  When did you begin to collect
24  unemployment compensation in 2003?

Page 45

1   A.  I don't remember.  I don't know what
2   month or --
3   Q.  All right.  Well, if you were
4   suspended in March of '03, would it be fair to
5   infer that you applied for unemployment
6   compensation sometime after March of 2003; is
7   that right?
8   A.  I would say yes, but I don't know.  I
9   don't know if that is the right date or not.
10  Q.  Well, let me try it this way.
11  A.  I would have to go back to my records
12  and see.
13  Q.  What records are those?
14  A.  There is more stuff I have at home for
15  unemployment.
16  Q.  You wouldn't have applied for
17  unemployment if you were still working?
18  A.  No.
19  Q.  And you said a moment ago you applied
20  for unemployment after your suspension from the
21  union; is that right?
22  A.  I would say so, yes.
23  Q.  With regard to Exhibit 1C, Columbia
24  Coastal, it looks like maybe you got a paycheck

12. (Pages 42 to 45)

b0f77de6-8512-41ab-9233-1851c631ba9