Exhibit S

Page 1

VOL. I
PAGES 1-124
EXHIBITS 1-20

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO.: 04-CV-11340DPW

* * * * * * * * * * * *

STEPHEN KEEFE,

    PLAINTIFF,

VS

LOCALS 805, INTERNATIONAL

LONGSHOREMEN'S ASSOCIATION,

AFL-CIO, ET. AL,

    DEFENDANTS.

* * * * * * * * * * * * *

    DEPOSITION OF STEPHEN KEEFE, taken on

behalf of the Defendants, pursuant to the

applicable provisions of the Federal Rules of

Civil Procedure, before Bernadette J. D'Alelio,

Notary Public and Court Reporter within and for

the Commonwealth of Massachusetts, at the

Offices of Mullen & McGourty, 52 Temple Place,

Boston, Massachusetts, on May 8, 2006,

at 10:01 a.m., as follows:

DUNN & GOUDREAU

b0f77de6-8512-41ab-9233-1851c631ba92

Page 50

1  BY MR. MAHONEY:
2  Q. Regardless of the date that you were
3  placed back on Gang 11, Mr. Keefe, after your
4  suspension, had you been working out of Gang 11
5  since that date?
6  A. 11. 11 and now 10.
7  Q. Now, according to answers that the
8  defendants provided to questions that your
9  attorney asked, which was signed by
10 Mr. McGaffegan in January of '05, he indicated
11 that you were placed back in Gang 11 on August
12 6, 2003.
13     Do you have any reason to disbelieve
14 that that is accurate? Do you think that is
15 not true, in other words?
16 A. August 6, '03?
17 Q. Yup.
18 A. I would say that's correct, yeah. I
19 guess.
20 Q. In 2000, 2001, and 2002, you were
21 getting income from Clark and income from the
22 union, is that right, when you were placed out?
23 A. Yes.
24 Q. Let's go to 2003. You have a copy of

Page 51

1  Exhibit 1 in front of you, right?
2     In 2003 you earned $15,153 from Clark;
3  is that right?
4  A. Yes.
5  Q. And you were paid $19,773 from
6  unemployment; is that right?
7  A. Yes.
8  Q. And you got 108.50 from Columbia
9  Coastal; is that right?
10 A. Yes.
11 Q. So would it be fair to say that in
12 2003, the only income that you received from
13 having been placed out by the union was
14 $708.50; is that right?
15 A. Having been placed out of the union
16 hall?
17 Q. Having been dispatched by the union
18 hall. The money you got from Columbia Coastal,
19 in other words.
20 A. I don't see another company down here
21 but I don't know. I guess, yeah.
22 Q. That brings up a good point.
23     MR. MAHONEY: Until I get a
24 formal response on your -- to my request of

Page 52

1  documents, I'm going to exhaust my questioning
2  today. Until I get a full response, I'm going
3  to suspend on that issue, just so that I can
4  ascertain that this is the only other income.
5     MR. LATHROP: I will tell you in
6  advance, what we will say is that we will and
7  have produced any and all W-2s for the years
8  requested.
9     MR. MAHONEY: Right. But the
10 request also asks for the tax returns
11 redacted. Until I get a formal response on
12 that issue, I'm going to suspend. I'm going to
13 exhaust every other line of questioning that I
14 can today.
15    MR. LATHROP: Sure.
16    BY MR. MAHONEY:
17 Q. Let's go to 2002, then, sir.
18    In 2002 you earned $76,362 on one W-2
19 from Clark; is that right?
20 A. Yes.
21 Q. And then you also earned $6,444.55 on
22 a second W-2 from Clark; is that right?
23 A. Yes.
24 Q. Why did you get two W-2s that year

Page 53

1  from Clark? Is the 6,000 a bonus?
2  A. No. The 6,444 was from the union
3  hall.
4  Q. You were dispatched to Clark and
5  earned $6,444? You were dispatched from the
6  union?
7  A. Yeah.
8  Q. The $76,000 you earned was not as a
9  result of being dispatched by the union; is
10 that right?
11 A. Correct.
12 Q. Additionally, in 2002, it looks like
13 you earned 16,005.19 from Coastal; is that
14 right?
15 A. Yes.
16 Q. That was also as a result of being
17 dispatched by the union hall?
18 A. Yes.
19 Q. And then in 2002, it looks like you
20 earned $1,853 from P&O Ports of New England?
21 A. Yes.
22 Q. Was that as a result of being
23 dispatched by the union hall?
24 A. Yes.

14 (Pages 50 to 53)

DUNN & GOUDREAU