United States District Court
District of Massachusetts

| | |
|---|---|
| Steven Keefe,<br>      Plaintiff<br><br>v.<br><br>Locals 805, 800, 799,<br>International Longshoremen's<br>Association, AFL-CIO, et.al.<br>      Defendants | ) Docket No. 04-CV-11340DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' LOCAL 805, 800, 799, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO's MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 56

NOW COMES the Defendants, Local 805, 800, 799, International Longshoremen's Association, AFL-CIO, hereinafter "Defendant", and moves, pursuant to F.R.C.P. Rule 56, for Summary Judgment. In support of this motion, the Defendants incorporate the previous filed Memorandum of Law as if expressly set forth herein.

**WHEREFORE**, the Defendant request this Honorable Court grant its Motion for Summary Judgment on all counts, incorporating the memorandum of law previously attached hereto.

Dated: August ___, 2006

Respectfully submitted,
The Defendant,
By its attorney,

Michael L. Mahoney, Esquire
BBO# 557562
Mullen & McGourty
52 Temple Place
Boston, MA 02111
Telephone: (617) 338-9200

1