## Locals #799, #800 and #805 I.L.A.

I, _STEPHEN KEEFE_  _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_  _805_
     **FULL NAME**             **S.S. #**        **LOCAL**

pledge on my honor that I am available to the Longshore industry on a full-time basis and <u>WORKING AT THIS CRAFT EXCLUSIVELY</u>. I will show up to work on all starts at 6 A.M., 7 A.M., 8 A.M., 1 P.M., 6 P.M. and 10 P.M. seven (7) days a week except in cases of documented sickness, injury, vacation or bereavement. I further understand that, by signing this document, I am subject to removal from the gang and loss of all hiring hall privileges (jobs) for a period of six (6) months if I do not comply with this pledge. I acknowledge that I have received a copy of all Hiring Hall work rules.

_Stephen Keefe_
     **Signature**

                                _5/25/00_
                                     **Date**

**Gang #/Terminal**                                   **Position**



Rev. 10/20/99

ENCLOSURE 6