, MON 23:00  FAX                                                              001/00

# Rules Committee
## Locals 799 800 & 805

To the International Vice President;
Dear Mr. McNamara;

On January 28, 2003, I Joseph Picard mailed a summons to Stephen Keefe P.O. Box 726 Green Harbor, Ma 02041. letter A. The letter was sent by regular mail.

On February 6, 2003 Stephen Keefe was suspended for six months in violation of rule # 37. Mr. Keefe did not attend the meeting.

On February 16, 2003, I Joseph Picard mailed a suspension letter and summons to Stephen Keefe P.O. Box 726 Green Harbor, Ma, 02041 to appear at the next meeting on March 5, 2003. letters B & C. The letters were sent by certified mail.

On March 5, 2003 A vote was passed to possibly reinstate Stephen Keefe into gang 10, before April 1, 2003. Mr Keefe must bring in more proof that he did not violate rule # 37. Mr. Keefe did attend the meeting.

On March 12, 2003 I Joseph Picard mailed Stephen Keefe a summons to appears at the next monthly rules committee meeting March 20, 2003 letter D. The Letter was sent by regular mail.

On March 20, A motion was passed to rescind the vote taken on March 5, 2003. That Mr. Keefe did violated the rule # 37. Mr. Keefe did not attend the meeting.

On March 5, 2003 Mr. Keefe told the committee that he did have another job.

All Rules Committee meeting are posted at the Hiring Hall at least one week in advance and is on our day to day phone tape.

Thank You,
Joseph J. Picard Jr.

EXHIBIT

