11/17/2003 MON 23:01 FAX                             P.02
@002/G

A

# Rules Committee
## Locals 799 800 & 805

TO UNION MEMBER **Stephen Keefe** LOCAL **805**

THE I.L.A. RULES COMMITTEE, WHO ARE EMPOWERED BY RULE #37 OF THE HIRING HALL RULES, ARE HEREBY NOTIFYING YOU TO APPEAR BEFORE THEM.

THE COMMITTEE SUMMONS YOU ON THIS DATE OF **Feb 6, 2003** AT 12 NOON TO APPEAR AT THE HIRING HALL.

THE PURPOSE OF THIS HEARING IS FOR YOU TO SHOW JUST CAUSE AS TO WHY YOU SHOULD NOT BE SUSPENDED AND PLACED INTO GANG #12. PLEASE BRING WITH YOU ANY RESIGNATION AND/RETIREMENT PAPERS, TAX RETURNS OR ANY DOCUMENTS THAT YOU DEEM PERTINENT.

WE HAVE FOUND YOU TO BE IN VIOLATION OF NOT HONORING THE PLEDGE THAT YOU SIGNED.
FAILURE TO APPEAR AT THIS HEARING COULD ALSO RESULT IN A SANCTION.

                                            THE MEMBERS OF THE I.L.A.
                                            RULES COMMITTEE,
                                            LOCALS #799, #800, #805


