# Rules Committee

## Locals 799 800 & 805

To Stephen Keefe, s.s. # 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 of local # 805

On February 6, 2003 the rules committee had met. After reviewing your pledge sheet that you had signed on May 5, 2000 and the deposition that took place on January 7, 2003 Stephen Keefe plaintiff V Local 805 I.L.A. defendants. The committee has found you to be in violation of the hiring hall work rules, Rule # 37

As of this day February 6, 2003 you are hear by removed from gang 10 and lost all hiring hall privileges (jobs) for a period of six months. On August 6, 2003 you will be placed in gang 12 you may appear before the rules committee that day at 1:00 at the hiring hall where we conduct our monthly meetings to sign another pledge sheet.

The members of the I.L.A.
Hiring hall rules committee
Locals # 799, # 800 # 805


