11/17/2003 MON 23:02 FAX                                                                       P. 85
                                                                                              ☒005/00

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Stephen Keefe
    P.O. Box 72C
    Green Harbor Ma
    02041

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         2-18-03

C. Signature
X Stephen Keefe                          ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number (Copy from sender label)
   7002 2030 0006 6975 9853

PS Form 3811, July 1999    Domestic Return Receipt          102595-00-M-0952


EXHIBIT
Picked
5/9/06


EXHIBIT