*The Commonwealth of Massachusetts*

*Committee for Public Counsel Services*

*44 Bromfield Street, Boston, MA 02108-4909*

TEL: (617) 482-6212
FAX: (617) 988-8495

**ANDREW SILVERMAN**
DEPUTY CHIEF COUNSEL
PUBLIC DEFENDER DIVISION

**WILLIAM J. LEAHY**
CHIEF COUNSEL

**NANCY T. BENNETT**
DEPUTY CHIEF COUNSEL
PRIVATE COUNSEL DIVISION

**MICHAEL DSIDA**
DEPUTY CHIEF COUNSEL
CHILDREN AND FAMILY LAW PROGRAM

August 16, 2006

Scott A. Lathrop, Esq.
Attorney at Law
122 Old Ayer Road
Groton, MA 01450

RE: FOIA Request on Brendan Lee

Dear Attorney Lathrop:

This letter is in response to your Freedom of Information request dated July 5, 2006. My apologies for the delay in responding to your request.

You had requested information on the billing records of Attorney Brendan Lee since FY'01. Attorney Lee has billed and was paid for the following amount of hours in the following fiscal years:

FY'01: $67,662.28 for 1,752.50 hours
FY'02: $59,420.41 for 1,526.25 hours
FY'03: $54,506.40 for 1,406.25 hours
FY'04: $59,406.99 for 1,538.25 hours
FY'05: $59,391.12 for 1,302.50 hours
FY'06: $21,487.50 for 433 hours (thru 7/26)

If you have any additional questions, do not hesitate to contact me.

Signed Under the Pains and Penalties of Perjury

Anthony J. Benedetti, Esq.
General Counsel