970 **Fx:**744-6526

125 -Kingston, NH 03848

-1215 Wlbrhm Rd

126

/ -Sharon 02067

3 Central -Bstn 02109

109 **Fx:**482-4446

n 01803

PA -366 Bway -Smrvll

wampscott 01907

Rd -Wilmngtn 01887

C -370 Main -Wrcstr 01608

in Bx7398 -Brockton 02303

C -187 Ballardvale

ston 01746

c 01840 **Fx:**687-2266

ht -Sprngfld 01103

Rd -Burlngtn 01803

d -Andovr 01810

Charlestown 02129

dson PC -225 Franklin -Bstn

.ebherz) -99 Town Hall Sq

Bx546 -Falmouth 02541

ciates) -Ram Isl -Gloucstr

T&L,LLP -300 Crown

79-6469

P -One Park Pl -Plymth

' Central -Gardner 01440

Bedfrd 02740 **Fx:**910-9988

s Grp -One Beacon -Bstn

Sugarman,PC) -1 Beacon

2653

th -Pittsfld 01201

2 Main -Malden 02148

I Uppr -Methuen 01844

rdner 01440 **Fx:**632-0100

arman K&G -11 Harvard

ing) -85 Devonshr -Bstn

nmers Law Ofc -9 E Central

P -260 Franklin -Bstn

rf,Ltd) -58 Weybosett -Prov,

urgin G&L, LLP) -Ten PO Sq

-630 Plantation -Wrcstr

str 01606 **Fx:**852-8595

vitz) -3 Shirley Av -Methuen

lethuen 01844

r -Tewksbry 01876

powitz) -3 Shirley Av

Law Associates) -100

-7004

y LLP -45 Rckfllr Plz -NY,

olbrook 02343

iates) -25 Birch -Milfrd 01757

harm -40 Lansdowne

octer LLP -Exch Pl -Bstn

lmann LLP) -92 State -Bstn

Ashbrtn Pl -Bstn 02108

over 01845 **Fx:**686-6710

607

llcrst Rd -Needham 02492

x776 -Attleboro 02703

wn 01833

Marblehead 01945

lair,PC) -135 Beaver Bx602



(781) 893-5655 .. **LeClair,**L Richd III '92 (LeClair & LeClair,PC) -135 Beaver Bx602 -Waltham 02452 **Fx:**647-9346

(781) 893-5655 .. **LeClair & LeClair,PC** -135 Beaver Bx602 -Waltham 02452 **Fx:**647-9346

(413) 532-8992 .. **LeClair,**Mark F '80 -21 Stckbrdg -Sprngfld 01103

(617) 570-1144 .. **LeClaire,**John R '82 (Goodwin Procter LLP) -Exch Pl -Bstn 02109 **Fx:**523-1231

**Leclerc,**Lisa A '95 -50 S River Ln W -Duxbury 02332

(617) 565-5863 .. **LeClerc,**Meaghan Q '92 GSA -10 Causeway -Bstn 02222

(617) 328-1900 .. **Lecomte Emanuelson and Doyle** -One Pine Hill Dr -Quincy 02169 **Fx:**328-2030

(617) 305-3500 .. **LeComte,**Ronald F '89 %Telecom & Energy -1 South Station -Bstn 02210

(508) 875-9004 .. **L'Ecuyer,**Candace '85 %Law Ofcs of Robert W Meshel -550 Wrcstr Rd -Frmnghm 01702 **Fx:**875-4008

(508) 823-6588 .. **Leddy,**Philip F '81 %Superior Ct -9 Court -Taunton 02780

(401) 459-1202 .. **Lederberg,**Michele B '94 %Blue Cross/Blue Shield of RI -444 Wstmnstr -Prov, RI 02903

(401) 831-8330 .. **Lederberg,**Tobias M '94 %Burns & Levinson LLP -1 Ctzns Plz -Prov, RI 02903 **Fx:**831-8359

(617) 457-4000 .. **Lederman,**Maury E '78 (Murtha Cullina LLP) -99 High -Bstn 02110 **Fx:**482-3868

(508) 580-6500 .. **Lederman,**Sander S '78 -15 Torrey -Brockton 02301

(617) 973-0660 .. **Lederman-Goodwin,**Jeanine E '98 %Rindler Morgan -133 Portlnd -Bstn 02114 **Fx:**973-0526

(508) 481-3995 .. **Ledoux,**Bruce G '76 -186 Main -Marlboro 01752 **Fx:**481-4963

(978) 741-2111 .. **Ledoux,**Robt Andre '69 -314 Essex -Salem 01970 **Fx:**741-9958

(617) 723-4400 .. **LeDoux,**Wm M '85 %Murphy & Beane -15 Broad -Bstn 02109 **Fx:**723-3515

(617) 951-8000 .. **Leduc,**Marc R '01 %Bingham McCutchen LLP -150 Fed -Bstn 02110 **Fx:**951-8736

(617) 646-8000 .. **LeDuc,**Sheila Connors '79 Wolf Greenfield & Sacks,PC -600 Atl Av -Bstn 02210 **Fx:**646-8646

(781) 337-8029 .. **Ledwell,**Jeanne M '96 -484 Off Green -E Weymouth 02189

(508) 567-1172 .. **Ledwidge,**Catherine B Sullivan '95 -Bx84 -Somerset 02726

(617) 696-5511 .. **Lee,**Brendan '94 -500 Granite Av -Milton 02186 **Fx:**696-2300

**Lee,**Brian C '04 -90 Leoleis Dr -Marlboro 01752

(603) 749-2808 .. **Lee,**Brian T '00 %Cnty Atty -259 Cnty Farm Rd Bx799 -Dover, NH 03821 **Fx:**743-4997

(617) 727-1100 .. **Lee,**Catherine M '93 %Bur of State Ofc Bldgs -72 State Hse -Bstn 02133 **Fx:**727-5400

(617) 530-5974 .. **Lee,**Chao Ying Dana '98 %PricewaterhouseCoopers LLP -125 High -Bstn 02110 **Fx:**737-3628

(617) 345-6100 .. **Lee,**Charlotte N '02 %Nixon Peabody LLP -100 Summer -Bstn 02110 **Fx:**345-1300

(508) 625-1424 .. **Lee,**Christopher '01 -Bx222 -Hopkinton 01748 **Fx:**625-1426

(914) 761-7190 .. **Lee,**Christopher P '80 %OHA-SSA -75 S Bway -White Plns, NY 10601 **Fx:**682-7006

(617) 451-1036 .. **Lee,**Chung H '88 -31 Milk -Bstn 02109 **Fx:**451-0968

(508) 791-6287 .. **Lee,**Corey L H '01 %Hassett & Donnelly,PC -484 Main -Wrcstr 01608 **Fx:**791-2652

(413) 443-6455 .. **Lee,**Darren M '01 (Martin & Oliveira,LLP) -75 S Church -Pittsfld 01201 **Fx:**445-5883

(617) 266-6262 .. **Lee,**David H '73 (Lee & Levine LLP) -222 Berkeley -Bstn 02116 **Fx:**266-8250

(508) 222-2304 .. **Lee,**Edw A '51 -32 Old Farm Ln -Attleboro 02703

(617) 570-9111 .. **Lee,**Edw A '51 -15 Broad -Bstn 02109 **Fx:**723-1839

(617) 350-6882 .. **Lee,**Edw J '57 -65 Franklin -Bstn 02110 **Fx:**348-2147

(413) 568-2345 .. **Lee,**Edw M '51 (Andersen & Lee,PC) -70 Court -Westfld 01085 **Fx:**572-3710

(617) 563-2148 .. **Lee,**Eunice E '98 Fidelity Inv -82 Devonshr -Bstn 02109 **Fx:**476-7064

(781) 397-1925 .. **Lee,**Eunmi '98 (Encompass Law LLC) -10 Holden -Malden 02148 **Fx:**397-1926

(617) 542-5070 .. **Lee,**G Roger '78 (Fish & Richardson PC) -225 Franklin -Bstn 02110 **Fx:**542-8906

(617) 886-0500 .. **Lee,**Garrett J '98 %Parker | Scheer,LLP -One Const Ctr -Bstn 02129 **Fx:**886-0100

(781) 762-6050 .. **Lee,**Gary M '88 -121 Central -Norwood 02062 **Fx:**762-0041

(617) 367-9333 .. **Lee,**Grace H '96 Cnsl MA Treasury Dept -1 Ashbrtn Pl -Bstn 02108 **Fx:**723-1436

(617) 951-8000 .. **Lee,**Harry F '80 %Bingham McCutchen LLP -150 Fed -Bstn 02110 **Fx:**951-8736

(617) 742-0400 .. **Lee & Hollander** -287 Hanover -Bstn 02113

(603) 743-5503 .. **Lee,**Hugh T '77 Cnsl Heidelberg Americas,Inc -121 Bway -Dover, NH 03820 **Fx:**743-5618

(617) 557-5900 .. **Lee,**Hye-Jong L '04 %Robinson & Cole LLP -One Bstn Pl -Bstn 02108 **Fx:**557-5999

(978) 256-6041 .. **Lee,**Jay V '00 %Gallant & Ervin, LLC -1 Olde North Rd -Chelmsford 01824 **Fx:**256-7977

**Lee,**Jeanmarie V '01 -899 E Bway -S Bstn 02127

(413) 499-3320 .. **Lee,**Jeffrey J '01 Freadman Steel,Inc -1625 East -Pittsfld 01201 **Fx:**499-4588

**Lee,**John L '83 %Icon Capital -150 Grossman Dr -Braintree 02184

(508) 222-0467 .. **Lee,**John P '52 -8 Hayward Bx1027 -Attleboro 02703 **Fx:**222-8653

(617) 772-1616 .. **Lee,**Josephine A '97 Brown Bros Harriman & Co -50 Milk -Bstn 02109

**Lee,**Joy '96 -106 Hudson -Smrvll 02144

(617) 832-1000 .. **Lee,**Kalun '03 %Foley Hoag LLP -155 Seaport Blvd -Bstn 02210 **Fx:**832-7000

(617) 310-6000 .. **Lee,**Kay Bangsil '01 %Greenberg Traurig,LLP -1 Intl Pl -Bstn 02110 **Fx:**310-6001

(617) 570-1461 .. **Lee,**Kenneth Y '99 %Goodwin Procter LLP -Exch Pl -Bstn 02109 **Fx:**227-8591

(617) 964-7000 .. **Lee,**Laurance S L '04 %Rosenberg Freedman & G -246 Walnut -Newtn 02460 **Fx:**964-4025

**Lee,**Leslie Lien '98 -25 Butterfld Rd -Lxngtn 02420

(617) 266-6262 .. **Lee & Levine LLP** -222 Berkeley -Bstn 02116 **Fx:**266-8250

(781) 487-2121 .. **Lee,**Linda Luke '98 Glbl Insight -1000 Winter -Waltham 02451

(781) 762-6050 .. **Lee,**Marguerite L '88 -121 Central -Norwood 02062 **Fx:**762-0041

(617) 236-0212 .. **Lee,**Marie T '80 (McCue Lee & Greene,LLP) -535 Boylston -Bstn 02116 **Fx:**236-0797

(413) 773-8477 .. **Lee,**Marilyn Modarelli '86 -19 Orchrd -Greenfld 01301

(617) 619-4000 .. **Lee,**Mark T '98 %DA -One Bulfinch Pl -Bstn 02114

(508) 798-3771 .. **Lee,**Mark Twombly '95 (Fusaro Altomare & Ermilio,PC) -11 Foster -Wrcstr 01608 **Fx:**752-1781

(508) 584-8120 .. **Lee,**Mary E '92 %DA -32 Belmont Bx1665 -Brockton 02303 **Fx:**586-3578

(617) 542-6200 .. **Lee,**Matthew '93 (Tocci Goss & Lee, PC) -35 India -Bstn 02110 **Fx:**542-6201

(508) 222-0467 .. **Lee,**Maureen A '84 -8 Hayward Bx1027 -Attleboro 02703 **Fx:**222-8653

(617) 951-7000 .. **Lee,**Michl '01 %Ropes & Gray LLP -1 Intl Pl -Bstn 02110 **Fx:**951-7050

(617) 570-1000 .. **Lee,**Michl Y '04 %Goodwin Procter LLP -Exch Pl -Bstn 02109 **Fx:**523-1231

(617) 263-1196 .. **Lee,**Nina Y '93 %Simonds Winslow Willis & A -50 Congress -Bstn 02109 **Fx:**227-1961

**Lee,**Patricia Ann '93 -3 Cowdrey Ln -Acton 01720

(781) 592-6057 .. **Lee,**Patrick A '04 -50 Ashland -Lynn 01905

(508) 830-6200 .. **Lee,**Patrick C '96 Cnsl Sherriff -24 Long Pond Rd -Plymth 02360 **Fx:**830-0182

(508) 548-1932 .. **Lee,**Paul C '97 -309 Teaticket Hwy -E Falmouth 02536 **Fx:**540-6828

(617) 570-1590 .. **Lee,**Paul W '81 (Goodwin Procter LLP) -Exch Pl -Bstn 02109 **Fx:**523-1231

(617) 664-2751 .. **Lee,**Peter D '93 %State St Bk -Two Intl Pl -Bstn 02110 **Fx:**664-2852

(781) 622-1192 .. **Lee,**Peter Y '81 Thermo Electron -81 Wyman Bx9046 -Waltham 02454 **Fx:**622-1207

(617) 918-4387 .. **Lee,**Rebecca A '91 SpclCnsl BRA -One City Hall Sq -Bstn 02201 **Fx:**248-1937

(978) 474-6200 .. **Lee,**Rhonda S '96 -10 Main -Andovr 01810 **Fx:**749-9594

**Lee,**Robt K '98 -14 Weld Hill -Jamaica Pln 02130

(617) 965-5910 .. **Lee,**S Ramsdell '77 %Lee Fncl Srvcs -343 Otis -Newtn 02465 **Fx:**965-1835

(617) 373-3394 .. **Lee,**Sarah Hooke '89 %Nrtheastrn U Law Sch -400 Huntngtn Av -Bstn 02115 **Fx:**373-8705

(617) 994-6000 .. **Lee,**Shirley S '79 %MCAD -1 Ashbrtn Pl -Bstn 02108 **Fx:**994-6024

(617) 951-7000 .. **Lee,**Sonwha '03 %Ropes & Gray LLP -1 Intl Pl -Bstn 02110 **Fx:**951-7050

(781) 933-2020 .. **Lee,**Steven J '85 %PolyMedica Corp -11 State -Woburn 01801 **Fx:**938-9650

(781) 830-4800 .. **Lee,**Trisha R '04 DA -45 Shawmut Rd -Canton 02021 **Fx:**830-4801

(413) 243-2900 .. **Lee,**V Vincent '98 -190 Housatonic -Lee 01238 **Fx:**243-2933

(978) 369-8477 .. **Lee,**Virginia N '75 -27 Main -Cncrd 01742 **Fx:**371-0228

(617) 248-5000 .. **Lee,**W Brewster '85 (Choate Hall & Stewart,LLP) -Two Intl Pl -Bstn 02110 **Fx:**248-4000

(413) 747-1000 .. **Lee-Washington,**Jacquelyn Y '94 %DA -50 State -Sprngfld 01103 **Fx:**781-4745

(413) 787-6085 .. **Lee,**Wayman '80 %Law Dept -36 Court -Sprngfld 01103 **Fx:**787-6173

(617) 222-4571 .. **Lee,**Wendy A '02 %MBTA -Ten Park Plz -Bstn 02116 **Fx:**222-3194

(617) 526-6556 .. **Lee,**Wm F '77 (Wilmer Cutler PH and D LLP) -60 State -Bstn 02109 **Fx:**526-5000

(617) 742-0400 .. **Lee,**Wm H '77 (Lee & Hollander) -287 Hanover -Bstn 02113

(617) 367-6200 .. **Lee,**Wm P '87 Cnsl Trust For Pub Land -33 Union -Bstn 02108 **Fx:**367-1616

(413) 733-2526 .. **Leecock,**Stephen M '94 First Amer Title Ins Co -On Monarch Pl -Sprngfld 01144

(860) 297-4653 .. **Leedberg,**Michl D '04 %Halloran & Sage,LLP -225 Asylum -Hrtfrd, CT 06103 **Fx:**548-0006

(508) 563-1024 .. **Leeds,**Henry W '04 -One Seascape Ln -N Falmouth 02556 **Fx:**563-3836

**Leek,**Shelby L '00 -58 Wildwood Rd -W Simsbury, CT 06092

(617) 443-9292 .. **Leeman,**Joel R '83 (Bromberg & Sunstein LLP) -125 Summer -Bstn 02110 **Fx:**443-0004

(603) 410-1500 .. **Leeming,**Simon C '80 (Preti FBP&HP LLP) -57 N Main Bx1318 -Concord, NH 03302 **Fx:**410-1501

(508) 370-3400 .. **Leeper,**Kevin R '91 (Lewis & Leeper,LLP) -188 Concord -Frmnghm 01702 **Fx:**370-3300

(617) 383-6000 .. **Leerink,**Amy R '97 %R Allen,LLP -300 Wshngtn -Brookline 02445 **Fx:**344-7738

(508) 636-6991 .. **Lees,**Carlton A '63 -683 Main Rd -Westport 02790 **Fx:**636-6993

(978) 745-6006 .. **Lees,**Jacqueline V '90 -27 Congress -Salem 01970 **Fx:**745-9071

(978) 744-0637 .. **Lees,**Jacqueline V '90 OfCnsl Robert William Welch Law Ofc -27 Congress -Salem 01970 **Fx:**744-3650

(978) 281-0777 .. **Lees,**Paul L '90 Lees Law Ofc -46 Middle -Gloucstr 01930 **Fx:**281-4484

(617) 482-2380 .. **Lee-Tom,**Marilyn '94 Asian Comm Dvlpmnt Corp -888 Wshngtn -Bstn 02111 **Fx:**482-3056

(401) 728-6060 .. **Lefebvre,**Christopher M '95 %C Lefebvre PC -Bx479 -Pawtucket, RI 02862 **Fx:**728-6534

(401) 728-6060 .. **Lefebvre,**Marc D '96 Lefebvre & Son -2 Dexter Bx479 -Pawtucket, RI 02862 **Fx:**728-6534

(413) 532-0010 .. **Lefebvre,**Robt J '89 (Gelinas & Lefebvre,PC) -554 Grattan -Chicopee 01020 **Fx:**536-4208

(617) 951-5000 .. **Lefenfeld,**Sandra M '01 Wellington Mgt Co,LLP -75 State -Bstn 02109 **Fx:**790-7760

(617) 918-4241 .. **LeFevre,**E Renee '97 %BRA -One City Hall Sq -Bstn 02201 **Fx:**742-4464

(617) 342-4000 .. **LeFevre,**Edouard C '95 %Foley & Lardner LLP -111 Huntngtn Av -Bstn 02199 **Fx:**342-4001

(651) 483-9154 .. **LeFevre,**John H '75 -2 Foster Pl -North Oaks, MN 55127

(617) 437-6530 .. **Leffert,**Linda G '77 OfCnsl Gaffin Krattenmaker & O,PC -800 Boylston -Bstn 02199 **Fx:**437-9419

(508) 435-1000 .. **Lefkowitz,**Barbara J '93 %EMC Corp -176 South Bx9103 -Hopkinton 01748 **Fx:**497-8079

(781) 784-5293 .. **Lefkowitz,**Debra S '88 -132 Oak Hill Dr -Sharon 02067 **Fx:**784-1951

(781) 744-0861 .. **Lefkowitz,**Peter M '94 Cnsl Oracle Corp -10 Van de Graff Dr -Burlngtn 01803

(617) 880-3549 .. **Lefkowitz,**Richd I '93 (Riemer & Braunstein LLP) -3 Center Plz -Bstn 02108 **Fx:**880-3456

(603) 432-9539 .. **LeFrancois,**David G '77 -Bx419 -E Derry, NH 03041 **Fx:**432-4382

Ex. U