United States District Court
District of Massachusetts

| | |
|---|---|
| Steven Keefe,<br>        Plaintiff<br><br>v.<br><br>Locals 805, 800, 799,<br>International Longshoremen's<br>Association, AFL-CIO, et.al.<br>        Defendants | ) Docket No. 04-CV-11340DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' LOCAL 805, 800, 799, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO's MOTION FOR LEAVE OF COURT TO AMEND ANSWER

NOW COMES the Defendants, Local 805, 800, 799, International Longshoremen's Association, AFL-CIO, hereinafter "Defendants", and moves, pursuant to F.R.C.P. Rule 15(a), for leave of court to amend its answer. In support of this motion, the Defendants incorporate the Memorandum of Law set forth herein.

**WHEREFORE**, the Defendants request this Honorable Court grant its Motion for Leave of Court to Amend its Answer, incorporating the memorandum of law attached hereto.

Dated: August 25, 2006

Respectfully submitted,
The Defendants,
By its attorney,

_____
Michael L. Mahoney, Esquire
BBO#: 557562
Mullen & McGourty
52 Temple Place
Boston, MA 02111
Telephone: (617) 338-9200

1