UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11340 DPW

```
*********************************************
STEPHEN KEEFE,                               *
   Plaintiff                                 *
                                             *
   v.                                        *
                                             *
LOCAL 805, INTERNATIONAL                     *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,         *
LOCAL 800, INTERNATIONAL                     *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,         *
and LOCAL 799, INTERNATIONAL                 *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,         *
   Defendants                                *
*********************************************
```

## PLAINTIFF'S MOTION
## FOR CONTINUANCE (ASSENTED TO)

Plaintiff Stephen Keefe hereby moves this Court to continue the motion hearing which has just been re-scheduled by the Court for September 27, 2006, at 2:30 p.m. The grounds for this Motion is that the undersigned has already been scheduled for several months to appear in Worcester Superior Court on a motion to dismiss in another case also for September 27, 2006, at 2:00 p.m. Therefore the undersigned will not be able to appear at this Court's motion hearing just re-scheduled for that same date.

The undersigned has communicated with counsel for the defendants, and he has indicated that his have no opposition to this Motion.

**WHEREFORE** the motion hearing in this case should be re-scheduled.

1

                                      Stephen Keefe
                                      By his attorney

                                      */s/ Scott A. Lathrop*
                                      _____
                                      Scott A. Lathrop, Esq.
                                      Scott A. Lathrop & Associates
                                      122 Old Ayer Road
                                      Groton, MA 01450
                                      (978) 448-8234
                                      BBO No. 287820

Dated: September 15, 2006

## Certificate of Service

I, Scott A. Lathrop, hereby certify that I have served the foregoing Motion on the defendants by mailing this day a copy to the last known address of their Attorney of Record.

                                      */s/ Scott A. Lathrop*
                                      _____
                                      Scott A. Lathrop

Dated: September 15, 2006