United States District Court
District of Massachusetts

| | |
|---|---|
| Steven Keefe,           Plaintiff | ) Docket No. 04-CV-11340DPW )  ) |
| v. | ) ) |
| Locals 805, 800, 799, International Longshoremen's Association, AFL-CIO, et.al.           Defendants | ) ) ) ) ) ) |

**Joint Status Report**

Now come the parties in the above-captioned matter and provide this Court with a joint status report. The parties state the following:

1. Discovery is completed but for the inspection of dispatch records [which records and data shall be provided to the Plaintiff, in and for the Defendant to determine if they exist], if the records exist an inspection will occur within sixty (60) days.

2. The inspection of records will allow the Plaintiff to approximate damages.

3. As a result, neither a settlement demand, nor a request for mediation has been made at this time.

4. Keeping in mind the above issues and schedules of counsel, the parties anticipate the matter would be ready for trial in November or December 2007

Dated: August 30, 2007

1

Respectfully submitted,
The Defendants,
Locals 805, International
Longshoremen's Association,
AFL-CIO, et al,

/s/ Michael L. Mahoney
Michael L. Mahoney
Mullen & McGourty
52 Temple Place, 4th Floor
Boston, MA 02111
(617) 338-9200
BBO#  557562



The Plaintiff,
Stephen Keefe,
By his attorney,



/s/ Scott A. Lathrop
Scott A. Lathrop, Esq.
Scott A. Lathrop & Associates
122 Old Ayer Road
Groton, MA 01450
Phone #: (978) 448-8234
BBO# 287820