UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11340 DPW

```
*********************************** 
STEPHEN KEEFE,                          *
   Plaintiff                            *
                                        *
   v.                                   *
                                        *
LOCAL 805, INTERNATIONAL                *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,    *
LOCAL 800, INTERNATIONAL                *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,    *
and LOCAL 799, INTERNATIONAL            *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO,    *
   Defendants                           *
***********************************
```

## PLAINTIFF'S PROPOSED VOIR DIRE

Plaintiff Stephen Keefe requests that the following questions be asked of prospective jurors:

1. This case arises out of a dispute between a member of a Longshoremen's Union and three Locals of the Longshoremen's Union. Plaintiff Stephen Keefe basically contends that the defendants suspended him from working as a Longshoreman for six months because he had previously brought a law suit against the same the Locals. The defendants deny these allegations. Would this subject matter impede your ability to render a fair and impartial verdict in such a case?

2. Have you or any member of your family ever been a member in a Longshoremen's union?

3. Have you or any member of your family ever been an officer of a

        Longshoremen's union?

4. Have you or any member of your family ever been a member in a union?

5. Have you or any member of your family ever been an officer of a union?

        Stephen Keefe
        By his attorney

        */s/ Scott A. Lathrop*
        _____
        Scott A. Lathrop, Esq.
        Scott A. Lathrop & Associates
        122 Old Ayer Road
        Groton, MA 01450
        (978) 448-8234
        BBO No. 287820

Dated:  November 13, 2007

### Certificate of Service

I, Scott A. Lathrop, hereby certify that on this date I have electronically filed the foregoing Proposed Voir Dire with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all other Attorneys of Record.

        */s/ Scott A. Lathrop*
        _____
        Scott A. Lathrop

Dated:  November 13, 2007