UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN KEEFE,                    ) | |
|              Plaintiff,     ) | CIVIL ACTION |
|    v.                                   ) | NO. 04-11340-DPW |
| LOCAL 805, ILA, AFL-CIO,   ) | |
| et al.,                                   ) | |
|              Defendants.   ) | |

**REPORT RE: REFERENCE FOR
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE WOODLOCK

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On <u>December 5, 2007</u>, I held the following ADR proceeding:

      _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

      ___X___ MEDIATION      _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ X ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

_____
_____

                                                              / s / Judith Gail Dein
                                              Judith Gail Dein, U.S. Magistrate Judge
DATED:  December 6, 2007                     ADR Provider