UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11340 DPW

```
*******************************************
STEPHEN KEEFE,                               *
    Plaintiff                                *
                                             *
    v.                                       *
                                             *
LOCAL 805, INTERNATIONAL                     *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *
LOCAL 800, INTERNATIONAL                     *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *
and LOCAL 799, INTERNATIONAL                 *
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, *
    Defendants                               *
*******************************************
```

## PLAINTIFF'S WITNESS LIST

1.  Stephen Keefe
    Post Office Box 726
    Green Harbor, Massachusetts

2.  Anthony Benedetti, Esq.
    Committee for Public Counsel Services
    44 Bromfield Street
    Boston, Massachusetts

3.  Brendan Lee
    152 Storrs Avenue
    Braintree, Massachusetts 02184

4.  Paul F. McGaffigan
    42 Harvard Street
    Charlestown, Massachusetts

5.  Thomas McGurty
    175 Governors Ave.
    Medford, Massachusetts

1

6.    Joseph J. Picard
      134 Porter Street
      Melrose, Massachusetts

7.    Timothy Keefe
      197 8th Street, Unit 204
      Charlestown, Massachusetts 02129

8.    William Sullivan
      26 Springhill Road
      Framingham, Massachusetts 01701.

                              Stephen Keefe
                              By his attorney

                              *Scott A. Lathrop*
                              _____

                              Scott A. Lathrop, Esq.
                              Scott A. Lathrop & Associates
                              122 Old Ayer Road
                              Groton, MA 01450
                              (978) 448-8234
                              BBO No. 287820

Dated:  December 17, 2007