UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN KEEFE,<br>    Plaintiff,<br><br>    v.<br><br>LOCAL 805, LOCAL 800 AND<br>LOCAL 799 INTERNATIONAL<br>LONGSHOREMEN'S ASSOCIATIONS,<br>AFL-CIO,<br>    Defendants. | )<br>)   CIVIL ACTION NO.<br>)   04-11340-DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERDICT

1.  Has the plaintiff Stephen Keefe established that his six-month suspension from the Union was caused by illegal retaliation for his pursuit of litigation against the Union? Answer "YES" or "NO"     __NO__

    **If you have answered "YES" to Question 1, proceed to Question 2; otherwise turn to Question 3.**

2.  What damages, if any, has Stephen Keefe established he suffered as the result of the retaliation you have found by the Union?

    $_____
    Answer in dollars or "None"

3.  Has Stephen Keefe established that he was not provided with proper procedures in the Union's decision to suspend him? Answer ("YES") or "NO"     __YES__

    **Answer Question 4 if you have answered "YES" to Question 3; otherwise return your verdict.**

4. What damages, if any--apart from and in addition to any damages you have awarded in response to Question 2--did Stephen Keefe suffer as the result of the Union's failure to provide proper procedures you have found in connection with his suspension?

$ __1.00__
Answer in dollars or "None"


__12/18/2007__
DATE

__Donna L. Strauss__
FOREPERSON