# UNITED STATES DISTRICT COURT

FOR THE **DISTRICT OF** MASSACHUSETTS

Stephen Keefe

V.

Local 805, Intl. Longshoremen's Assoc. et al

## EXHIBIT AND WITNESS LIST

Case Number: 04-CV-11340-DPW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DOUGLAS P. WOODLOCK | Scott A. Lathrop | Michael L. Mahoney |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/17/2007-12/18/2007 | Brenda Hancock | Jarrett Lovett |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x |   | 12/17/2007 |   |   | Joseph J. Picard (witness) |
| 1 |   | 12/17/2007 | x | x | Hiring Hall Work Rules |
| 2 |   | 12/17/2007 | x | x | Rules Committee memo to the International Vice President |
| 3 |   | 12/17/2007 | x | x | Rules Committee memo to Stephen Keefe |
| 4 |   | 12/17/2007 | x | x | Rules Committee memo to Stephen Keefe |
| 5 |   | 12/17/2007 | x | x | Rules Committee memo to Stephen Keefe |
| 6 |   | 12/17/2007 | x | x | Rules Committee memo to Stephen Keefe |
| 7 |   | 12/17/2007 | x | x | Rules Committee memo to Stephen Keefe |
| x |   | 12/17/2007 |   |   | Paul F. McGaffigan (witness) |
|   | 13 | 12/17/2007 | x | x | Rules Committee Meeting Minutes dated 2/6/03 |
|   | 14 | 12/17/2007 | x | x | Rules Committee Meeting Minutes dated 3/5/03 |
|   | 15 | 12/17/2007 | x | x | Rules Committee Meeting Minutes dated 3/20/03 |
|   | 16 | 12/17/2007 | x | x | Rules Committee Meeting Minutes dated 8/8/03 |
|   | 17 | 12/17/2007 | x | x | Rules Committee Meeting Minutes dated 8/21/06 |
| x |   | 12/17/2007 |   |   | Stephen Keefe (witness) |
| 8 |   | 12/17/2007 | x | x | Keefe Pledge, dated 5/25/00 |
| 9 |   | 12/17/2007 | x | x | Letter by William P. Horahoa dated 5/24/00 |
| 11 |   | 12/17/2007 | x | x | Stephen Keefe hours from first quarter 2001 through fourth quarter 2007 |
| 12 |   | 12/17/2007 | x | x | Stephen Keefe W-2's for 2002 |
|   | x | 12/17/2007 |   |   | William Sullivan (witness) |
|   | x | 12/17/2007 |   |   | Michael McEvoy (witness) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.