```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

STEPHEN KEEFE,                       )
          Plaintiff,                 )
                                     )
          v.                         )    CIVIL ACTION
                                     )    NO. 04-11340-DPW
LOCAL 805, LOCAL 800 AND             )
LOCAL 799, INTERNATIONAL             )
LONGSHOREMEN'S ASSOCIATION, AFL-CIO, )
          Defendants.                )
```

### JUDGMENT

WOODLOCK, District Judge

In accordance with 1) the Court's Memorandum and Order issued on August 23, 2007; and 2) the Jury Verdict returned on December 18, 2007, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Plaintiff Stephen Keefe against the Defendants, in the amount of $1.00.**

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: December 19, 2007