| 1/2/2008 | Scott A. Lathrop & Associates | |
|---|---|---|
| 3:46 PM | Slip Listing | Page    1 |

### Selection Criteria

| | |
|---|---|
| Slip.Date | 6/1/2004 - Latest |
| Slip.Classification | Open |
| Client (hand select) | Include: Keefe |
| Slip.Transaction Ty | 1 - 1 |

Rate Info - identifies rate source and level

| Slip ID | | User | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
| 10013 | TIME | Scott | 1.70 | 175.00 | 297.50 |
| 6/14/2004 | | 12 | 0.00 | C@1 | |
| Billed | G:11985    6/22/2004 | Keefe | 0.00 | | |
| Review NLRB charge filed by Atty McCarthy | | Keefe v. Local | 0.00 | | |
| Telephone call to Keefe, Stephen -- concerning filing new lawsuit; work on second complaint; prepare civil action cover sheets | | | | | |
| 10025 | TIME | Scott | 1.00 | 175.00 | 175.00 |
| 6/16/2004 | | 20 | 0.00 | C@1 | |
| Billed | G:11985    6/22/2004 | Keefe | 0.00 | | |
| File court complaint in Federal District Court in Boston | | Keefe v. Local | 0.00 | | |
| 10035 | TIME | Scott | 0.40 | 175.00 | 70.00 |
| 6/17/2004 | | 17 | 0.00 | C@1 | |
| Billed | G:11985    6/22/2004 | Keefe | 0.00 | | |
| Prepare summons for new court complaint; telephone conference with Atty McMahon concerning accepting service | | Keefe v. Local | 0.00 | | |
| 10081 | TIME | Scott | 0.50 | 175.00 | 87.50 |
| 6/23/2004 | | 12 | 0.00 | C@1 | |
| Billed | G:12002    7/1/2004 | Keefe | 0.00 | | |
| Telephone call to McMahon, Esq., John F. -- concerning accepting service of process Telephone call to McMahon, Esq., John F. -- concerning his accepting service; arrange service on Atty McMahon | | Keefe v. Local | 0.00 | | |
| 10115 | TIME | Scott | 0.10 | 175.00 | 17.50 |
| 6/28/2004 | | 12 | 0.00 | C@1 | |
| Billed | G:12002    7/1/2004 | Keefe | 0.00 | | |
| Telephone call to Keefe, Stephen -- concerning need for written agreement verifying that any payment of legal fees by JTC is a loan | | Keefe v. Local | 0.00 | | |
| 10134 | TIME | Scott | 0.10 | 175.00 | 17.50 |
| 6/30/2004 | | 12 | 0.00 | C@1 | |
| Billed | G:12002    7/1/2004 | Keefe | 0.00 | | |

| 1/2/2008 | Scott A. Lathrop & Associates | |
| 3:46 PM | Slip Listing | Page 2 |

| Slip ID | User | Units | Rate | Slip Value |
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

| | | | | |
|---|---|---|---|---|
| | Telephone conference with Atty McMahon concerning accepting service | Keefe v. Local | 0.00 | |
| 10298 | TIME | Scott | 0.20 | 175.00 | 35.00 |
| 8/11/2004 | | 13 | 0.00 | C@1 | |
| Billed   G:12065   9/1/2004 | Keefe | 0.00 | | |
| Fax to Atty McMahon concerning agreement regarding producing w-2's after the litigation is over | Keefe v. Local | 0.00 | | |
| 10326 | TIME | Scott | 0.90 | 175.00 | 157.50 |
| 8/18/2004 | | 18 | 0.00 | C@1 | |
| Billed   G:12065   9/1/2004 | Keefe | 0.00 | | |
| Review answer to complaint; prepare and serve initial disclosures; prepare and serve first request for production of documents | Keefe v. Local | 0.00 | | |
| Review answer to complaint; prepare and serve initial disclosures; prepare and serve first request for production of documents | | | | |
| 10390 | TIME | Scott | 0.20 | 175.00 | 35.00 |
| 8/30/2004 | | 12 | 0.00 | C@1 | |
| Billed   G:12065   9/1/2004 | Keefe | 0.00 | | |
| Telephone call to Keefe, Stephen -- concerning Rules Committee request for 2002 and 2003 w-2's | Keefe v. Local | 0.00 | | |
| 10404 | TIME | Scott | 0.20 | 175.00 | 35.00 |
| 9/1/2004 | | 12 | 0.00 | C@1 | |
| Billed   G:12153   12/1/2004 | Keefe | 0.00 | | |
| Telephone conference with Atty McMahon concerning letter from Rules Committee; fax letter to Atty McMahon | Keefe v. Local | 0.00 | | |
| 10463 | TIME | Scott | 0.20 | 175.00 | 35.00 |
| 9/15/2004 | | 13 | 0.00 | C@1 | |
| Billed   G:12153   12/1/2004 | Keefe | 0.00 | | |
| Correspondence with Atty McMahon concerning petition for attorney's fees | Keefe v. Local | 0.00 | | |
| 10574 | TIME | Scott | 0.10 | 175.00 | 17.50 |
| 10/6/2004 | | 18 | 0.00 | C@1 | |
| Billed   G:12153   12/1/2004 | Keefe | 0.00 | | |
| Review notice of scheduling conference; send e-mail to Atty McMahon concerning conflict and need to reschedule | Keefe v. Local | 0.00 | | |
| 10587 | TIME | Scott | 0.30 | 175.00 | 52.50 |
| 10/8/2004 | | 18 | 0.00 | C@1 | |
| Billed   G:12153   12/1/2004 | Keefe | 0.00 | | |
| Prepare and file motion for continuance of | Keefe v. Local | 0.00 | | |

1/2/2008          Scott A. Lathrop & Associates
3:46 PM                Slip Listing           Page    3

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| scheduling conference | | | | |
| 10819     TIME<br>11/18/2004<br>Billed     G:12153    12/1/2004<br>File joint pretrial statement | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 10848     TIME<br>11/23/2004<br>Billed     G:12153    12/1/2004<br>Review Union document production | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.70<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 122.50 |
| 10856     TIME<br>11/23/2004<br>Billed     G:12153    12/1/2004<br>Forward union documents to S Keefe | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 10873     TIME<br>11/29/2004<br>Billed     G:12153    12/1/2004<br>Prepare and serve interrogatories | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 175.00 |
| 10949     TIME<br>12/9/2004<br>Billed     G:12188    1/3/2005<br>Attend scheduling conference in Federal District Court | Scott<br>9<br>Keefe<br>Keefe v. Local | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 350.00 |
| 10958     TIME<br>12/10/2004<br>Billed     G:12188    1/3/2005<br>Correspondence with S Keefe concerning scheduling conference and names of persons not disciplined | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 11122     TIME<br>1/17/2005<br>Billed     G:12221    2/1/2005<br>Review defendant's initial disclosures and answers to interrogatories; prepare and send letter to Atty McMahon concerning discovery conference | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| 11249     TIME<br>2/9/2005<br>Billed     G:12251    3/1/2005<br>Telephone call to McMahon, Esq., John F. concerning his failure to respond to discovery conference request dated January 17, 2005. | Scott<br>12<br>Keefe<br>--Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |

| 1/2/2008 | Scott A. Lathrop & Associates | |
|---|---|---|
| 3:46 PM | Slip Listing | Page    4 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 11385             TIME<br>3/3/2005<br>Billed            G:12325        5/1/2005<br>Correspondence with Atty McMahon<br>concerning failure to respond to request for<br>discovery conference | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 11460             TIME<br>3/14/2005<br>Billed            G:12325        5/1/2005<br>Telephone call to McMahon, Esq., John F. --<br>concerning overdue supplemental answers<br>to interrogatories | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 11528             TIME<br>3/25/2005<br>Billed            G:12325        5/1/2005<br>Telephone call to McMahon, Esq., John F. --<br>concerning needed answers to<br>interrogatories | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 11613             TIME<br>4/11/2005<br>Billed            G:12325        5/1/2005<br>Review correspondence from Atty<br>McMahon; forward to S Keefe; prepare and<br>serve second set of interrogatories | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.90<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 157.50 |
| 11906             TIME<br>5/27/2005<br>Billed            G:12369        6/1/2005<br>Review and forward answers to second set<br>of interrogatories to S Keefe | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| 12052             TIME<br>6/20/2005<br>Billed            G:12417        7/1/2005<br>Telephone call to Keefe, Stephen --<br>concerning others with a second income | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 70.00 |
| 12060             TIME<br>6/21/2005<br>Billed            G:12417        7/1/2005<br>Review answer to interrogatories pertaining<br>to members of Rules Committee | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 12080             TIME<br>6/24/2005<br>Billed            G:12417        7/1/2005<br>Telephone call to Keefe, Stephen --<br>concerning others with income | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |

1/2/2008                                     Scott A. Lathrop & Associates
3:46 PM                                              Slip Listing                                                Page     5

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 12327           TIME<br>8/9/2005<br>Billed         G:12493      9/1/2005<br>Telephone conference with S Keefe concerning committee members and others with another income | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| 12353           TIME<br>8/15/2005<br>Billed         G:12493      9/1/2005<br>Prepare and serve notices of deposition and subpoenas; Telephone call to Keefe, Stephen -- concerning other members with a pension; search for home addresses | Scott<br>12<br>Keefe<br>Keefe v. Local | 1.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 210.00 |
| 12360           TIME<br>8/16/2005<br>Billed         G:12493      9/1/2005<br>Telephone call to McMahon, Esq., John F. -- concerning obtaining addresses of union members who we wish to subpoena to depositions | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 12367           TIME<br>8/17/2005<br>Billed         G:12493      9/1/2005<br>Telephone conference with Atty McMahon; prepare and serve third set of interrogatories; prepare motion to extend deadlines | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 70.00 |
| 12381           TIME<br>8/19/2005<br>Billed         G:12493      9/1/2005<br>File motion to extend scheduling order | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| 12483           TIME<br>9/12/2005<br>Billed         G:12565      11/1/2005<br>Correspondence with S Keefe concerning union seeking protective order | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 12599           TIME<br>9/29/2005<br>Billed         G:12565      11/1/2005<br>Telephone conference with S Keefe | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 12644           TIME<br>10/7/2005<br>Billed         G:12565      11/1/2005<br>Telephone conference with Atty McMahon concerning successor counsel; prepare and | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |

| 1/2/2008 | Scott A. Lathrop & Associates | | |
|---|---|---|---|
| 3:46 PM | Slip Listing | | Page 6 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| send letter to Atty McAuliffe concerning overdue discovery | | | | |
| 12685          TIME<br>10/14/2005<br>Billed          G:12565       11/1/2005<br>Prepare and file motion for sanctions | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 234.00 |
| 12699          TIME<br>10/17/2005<br>Billed          G:12565       11/1/2005<br>Fax copy of motion to Atty McMahon | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 12755          TIME<br>10/22/2005<br>Billed          G:12565       11/1/2005<br>Review notice of appearance of new counsel; forward to S Keefe | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 12889          TIME<br>11/10/2005<br>Billed          G:12608       12/1/2005<br>Appear at status conference in US District Court | Scott<br>9<br>Keefe<br>Keefe v. Local | 2.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 487.50 |
| 12916          TIME<br>11/15/2005<br>Billed          G:12608       12/1/2005<br>Email to Atty Mahoney concerning draft of joint proposed revised discovery schedule. | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 12950          TIME<br>11/25/2005<br>Billed          G:12608       12/1/2005<br>Re-notice and serve four notices of deposition | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 12979          TIME<br>11/30/2005<br>Billed          G:12608       12/1/2005<br>Arrange for deposition subpoena on B Lee | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 12996          TIME<br>12/3/2005<br>Billed          G:12646       1/1/2006<br>Fax to Atty Mahoney concerning depositions | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 13018          TIME<br>12/9/2005<br>Billed          G:12646       1/1/2006<br>Review fax from private counsel for Sullivan and Lee; telephone conferences with private | Scott<br>12<br>Keefe<br>Keefe v. Local | 1.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 234.00 |

| 1/2/2008 | Scott A. Lathrop & Associates | | |
|---|---|---|---|
| 3:46 PM | Slip Listing | | Page    7 |

| Slip ID  Dates and Time  Posting Status  Description | User  Activity  Client  Reference | Units  DNB Time  Est. Time  Variance | Rate  Rate Info  Bill Status | Slip Value |
|---|---|---|---|---|
| counsel for individuals; telephone conference with Atty Mahoney; resend notices of depositions; send notices for service of subpoenas on private counsel; telephone conference with S Keefe | | | | |
| 13090  12/14/2005  Billed    G:12646    1/1/2006  Review request for admissions; draft answers; forward draft to S Keefe | TIME  Scott  18  Keefe  Keefe v. Local | 1.00  0.00  0.00  0.00 | 195.00  C@1 | 195.00 |
| 13098  12/15/2005  Billed    G:12646    1/1/2006  Correspondence with Atty Mahoney concerning continuance of deposition and answers to request for admissions | TIME  Scott  12  Keefe  Keefe v. Local | 0.10  0.00  0.00  0.00 | 195.00  C@1 | 19.50 |
| 13138  12/21/2005  Billed    G:12646    1/1/2006  Review letter from Atty Lennon concerning objections to documents; send letter in reply; telephone call to Keefe, Stephen -- concerning depositions | TIME  Scott  13  Keefe  Keefe v. Local | 0.60  0.00  0.00  0.00 | 195.00  C@1 | 117.00 |
| 13176  12/30/2005  Billed    G:12646    1/1/2006  Work on motion to compel production of documents by subpoenaed deponents | TIME  Scott  13  Keefe  Keefe v. Local | 2.00  0.00  0.00  0.00 | 195.00  C@1 | 390.00 |
| 13179  12/31/2005  Billed    G:12646    1/1/2006  Finalize and file motion to compel production of documents | TIME  Scott  18  Keefe  Keefe v. Local | 0.60  0.00  0.00  0.00 | 195.00  C@1 | 117.00 |
| 13215  1/5/2006  Billed    G:12682    2/1/2006  Telephone call to Keefe, Stephen -- concerning responses to request for admissions | TIME  Scott  12  Keefe  Keefe v. Local | 0.10  0.00  0.00  0.00 | 195.00  C@1 | 19.50 |
| 13236  1/9/2006  Billed    G:12682    2/1/2006  Review documents produced; correspondence with Atty Mahoney concerning supplementing response and | TIME  Scott  12  Keefe  Keefe v. Local | 0.40  0.00  0.00  0.00 | 195.00  C@1 | 78.00 |

| 1/2/2008 | Scott A. Lathrop & Associates | | |
|---|---|---|---|
| 3:46 PM | Slip Listing | | Page 8 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

arranging review of ILA records

| 13247 | TIME | | | Scott | 0.70 | 195.00 | 136.50 |
|---|---|---|---|---|---|---|---|
| 1/11/2006 | | | | 18 | 0.00 | C@1 | |
| Billed | G:12682 | 2/1/2006 | | Keefe | 0.00 | | |
| Work on answers to request for admissions | | | | Keefe v. Local | 0.00 | | |

| 13302 | TIME | | | Scott | 0.20 | 195.00 | 39.00 |
|---|---|---|---|---|---|---|---|
| 1/19/2006 | | | | 18 | 0.00 | C@1 | |
| Billed | G:12682 | 2/1/2006 | | Keefe | 0.00 | | |
| Serve answers to request for admissions | | | | Keefe v. Local | 0.00 | | |

| 13400 | TIME | | | Scott | 0.30 | 195.00 | 58.50 |
|---|---|---|---|---|---|---|---|
| 2/2/2006 | | | | 12 | 0.00 | C@1 | |
| Billed | G:12721 | 3/1/2006 | | Keefe | 0.00 | | |
| Telephone conferences with Atty Mahoney and S Keefe | | | | Keefe v. Local | 0.00 | | |

| 13455 | TIME | | | Scott | 0.30 | 195.00 | 58.50 |
|---|---|---|---|---|---|---|---|
| 2/13/2006 | | | | 13 | 0.00 | C@1 | |
| Billed | G:12721 | 3/1/2006 | | Keefe | 0.00 | | |
| Review electronic notice of hearing on 3/9/06; fax/letters to all opposing counsel concerning need for continuance | | | | Keefe v. Local | 0.00 | | |

| 13472 | TIME | | | Scott | 0.40 | 195.00 | 78.00 |
|---|---|---|---|---|---|---|---|
| 2/15/2006 | | | | 18 | 0.00 | C@1 | |
| Billed | G:12721 | 3/1/2006 | | Keefe | 0.00 | | |
| Telephone calls to attorneys' offices concerning a continuance; prepare and file motion for continuance | | | | Keefe v. Local | 0.00 | | |

| 13589 | TIME | | | Scott | 2.90 | 195.00 | 565.50 |
|---|---|---|---|---|---|---|---|
| 3/15/2006 | | | | 9 | 0.00 | C@1 | |
| Billed | G:12752 | 4/1/2006 | | Keefe | 0.00 | | |
| Attend Federal court motion hearing on motion to compel tax returns | | | | Keefe v. Local | 0.00 | | |

| 13592 | TIME | | | Scott | 0.10 | 195.00 | 19.50 |
|---|---|---|---|---|---|---|---|
| 3/16/2006 | | | | 13 | 0.00 | C@1 | |
| Billed | G:12752 | 4/1/2006 | | Keefe | 0.00 | | |
| E-Mail to Atty Mahoney concerning dates for discovery | | | | Keefe v. Local | 0.00 | | |

| 13633 | TIME | | | Scott | 0.30 | 195.00 | 58.50 |
|---|---|---|---|---|---|---|---|
| 3/23/2006 | | | | 13 | 0.00 | C@1 | |
| Billed | G:12752 | 4/1/2006 | | Keefe | 0.00 | | |
| Review notice of deposition and request for production of documents; prepare and send letter to Atty Mahoney concerning dates for other depositions and reviewing union documents | | | | Keefe v. Local | 0.00 | | |

| 1/2/2008 | Scott A. Lathrop & Associates | | | |
|---|---|---|---|---|
| 3:46 PM | Slip Listing | | | Page 9 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 13688          TIME<br>3/30/2006<br>Billed         G:12752      4/1/2006<br>Various communications with defense counsel and witness counsel trying to arrange deposition dates and date for viewing union records | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 13736          TIME<br>4/9/2006<br>Billed         G:12828      6/1/2006<br>Telephone conference with S Keefe concerning depositions of individuals | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 78.00 |
| 13743          TIME<br>4/10/2006<br>Billed         G:12828      6/1/2006<br>Correspondence with individual attorneys concerning deposition times | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 13757          TIME<br>4/19/2006<br>Billed         G:12828      6/1/2006<br>Arrange for subpoena and deposition of T McGurty; telephone conference with S Keefe | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 156.00 |
| 13768          TIME<br>4/20/2006<br>Billed         G:12828      6/1/2006<br>Telephone conference with S Keefe concerning items to bring to deposition | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 13801          TIME<br>4/27/2006<br>Billed         G:12828      6/1/2006<br>Fax to Atty Mahoney concerning rescheduling Keefe deposition and review of union records | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 13817          TIME<br>5/2/2006<br>Billed         G:12828      6/1/2006<br>Fax to Atty Mahoney confirming Keefe deposition | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 13847          TIME<br>5/5/2006<br>Billed         G:12828      6/1/2006<br>Prepare for individual depositions | Scott<br>1<br>Keefe<br>Keefe v. Local | 1.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 195.00 |

| 1/2/2008 | Scott A. Lathrop & Associates | | |
|---|---|---|---|
| 3:46 PM | Slip Listing | | Page    10 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 13837    TIME<br>5/8/2006<br>Billed    G:12828    6/1/2006<br>Attend S Keefe deposition; prepare response to second request for production of documents; prepare for depositions | Scott<br>19<br>Keefe<br>Keefe v. Local | 5.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 1014.00 |
| 13839    TIME<br>5/9/2006<br>Billed    G:12828    6/1/2006<br>Prepare for and take four individual depositions | Scott<br>19<br>Keefe<br>Keefe v. Local | 5.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 975.00 |
| 13862    TIME<br>5/12/2006<br>Billed    G:12828    6/1/2006<br>Telephone conference with S Keefe; Prepare and serve fourth set of interrogatories | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 78.00 |
| 13937    TIME<br>5/26/2006<br>Billed    G:12828    6/1/2006<br>Review depositions of Picard, McGaffigan, Lee and Sullivan | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 78.00 |
| 13946    TIME<br>5/30/2006<br>Billed    G:12828    6/1/2006<br>Review S Keefe deposition; forward to S Keefe | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 13952    TIME<br>5/31/2006<br>Billed    G:12828    6/1/2006<br>Prepare for and take T McGurty deposition; prepare and serve second request for production of documents | Scott<br>13<br>Keefe<br>Keefe v. Local | 2.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 507.00 |
| 13959    TIME<br>6/1/2006<br>Billed    G:12863    7/1/2006<br>Telephone conference with S Keefe | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 13976    TIME<br>6/5/2006<br>Billed    G:12863    7/1/2006<br>Telephone conference with S Keefe concerning B Lee | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |

| Slip ID  Dates and Time  Posting Status  Description | User  Activity  Client  Reference | Units  DNB Time  Est. Time  Variance | Rate  Rate Info  Bill Status | Slip Value |
|---|---|---|---|---|
| 14010          TIME  6/12/2006  Billed         G:12863      7/1/2006  Fax to Atty Mahoney concerning status conference; review T McGurty deposition; forward to S Keefe | Scott  13  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |
| 14118          TIME  7/5/2006  Billed         G:12894      8/1/2006  Telephone conference with Atty Benedetti concerning Brendan Lee; send FOIA letter to Atty Benedetti | Scott  12  Keefe  Keefe v. Local | 0.40  0.00  0.00  0.00 | 195.00  C@1 | 78.00 |
| 14156          TIME  7/13/2006  Billed         G:12894      8/1/2006  Email to Atty Mahoney concerning discovery issues; telephone conference with S Keefe concerning viewing dispatch records | Scott  13  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |
| 14177          TIME  7/18/2006  Billed         G:12894      8/1/2006  E-Mail to Atty Mahoney concerning discovery responses due Telephone conferences with Atty Mahoney and S Keefe concerning viewing dispatch records | Scott  12  Keefe  Keefe v. Local | 0.20  0.00  0.00  0.00 | 195.00  C@1 | 39.00 |
| 14212          TIME  7/26/2006  Billed         G:12894      8/1/2006  Telephone conference with S Keefe concerning dates to review union records; email to Atty Mahoney concerning the same | Scott  12  Keefe  Keefe v. Local | 0.20  0.00  0.00  0.00 | 195.00  C@1 | 39.00 |
| 14220          TIME  7/27/2006  Billed         G:12894      8/1/2006  Telephone conference with Atty Benedetti concerning FOIA request regarding Brendan Lee | Scott  12  Keefe  Keefe v. Local | 0.10  0.00  0.00  0.00 | 195.00  C@1 | 19.50 |
| 14240          TIME  7/31/2006  Billed         G:12894      8/1/2006  Review response to second request for production; telephone conference with S Keefe | Scott  12  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |

| 1/2/2008 | Scott A. Lathrop & Associates | | | |
|---|---|---|---|---|
| 3:46 PM | Slip Listing | | | Page    12 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 14244          TIME<br>8/1/2006<br>Billed          G:12927       9/1/2006<br>Review union motion for summary judgment; research applicable law | Scott<br>1<br>Keefe<br>Keefe v. Local | 2.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 390.00 |
| 14251          TIME<br>8/2/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 3.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 585.00 |
| 14257          TIME<br>8/3/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 14262          TIME<br>8/4/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 97.50 |
| 14271          TIME<br>8/7/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment; forward to Atty Mahoney letter from CPCS | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 234.00 |
| 14280          TIME<br>8/8/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.70<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 331.50 |
| 14294          TIME<br>8/11/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 117.00 |
| 14309          TIME<br>8/14/2006<br>Billed          G:12927       9/1/2006<br>Work on opposition to motion for summary judgment and assembly and scanning of exhibits | Scott<br>18<br>Keefe<br>Keefe v. Local | 2.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 565.50 |

| 1/2/2008 | Scott A. Lathrop & Associates | | | |
|---|---|---|---|---|
| 3:46 PM | Slip Listing | | | Page    13 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 14330         TIME<br>8/16/2006<br>Billed          G:12927        9/1/2006<br>Work on statement of disputed facts | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 214.50 |
| 14342         TIME<br>8/18/2006<br>Billed          G:12927        9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 273.00 |
| 14345         TIME<br>8/21/2006<br>Billed          G:12927        9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.80<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 156.00 |
| 14349         TIME<br>8/22/2006<br>Billed          G:12927        9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 78.00 |
| 14357         TIME<br>8/23/2006<br>Billed          G:12927        9/1/2006<br>Work on opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 97.50 |
| 14366         TIME<br>8/25/2006<br>Billed          G:12927        9/1/2006<br>Finalize and file opposition to motion for summary judgment | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 195.00 |
| 14374         TIME<br>8/28/2006<br>Billed          G:12927        9/1/2006<br>Review motion to amend answer; forward to S Keefe | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 78.00 |
| 14383         TIME<br>8/29/2006<br>Billed          G:12927        9/1/2006<br>Work on opposition to motion to amend complaint | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 195.00 |
| 14394         TIME<br>8/31/2006<br>Billed          G:12927        9/1/2006<br>Finalize and file opposition to motion to amend answer | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.70<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 136.50 |

| | | | | |
|---|---|---|---|---|
| 1/2/2008 | | Scott A. Lathrop & Associates | | |
| 3:46 PM | | Slip Listing | | Page    14 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 14466          TIME<br>9/15/2006<br>Billed         G:12970     10/1/2006<br>Prepare and file assented to motion to<br>continue hearing | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 14494          TIME<br>9/19/2006<br>Billed         G:12970     10/1/2006<br>Telephone conference with S Keefe | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 14576          TIME<br>9/29/2006<br>Billed         G:12970     10/1/2006<br>Prepare for and attend hearing in US District<br>Court on defendants' motion for summary<br>judgment | Scott<br>9<br>Keefe<br>Keefe v. Local | 3.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 682.50 |
| 14614          TIME<br>10/5/2006<br>Billed         G:12994     10/12/2006<br>Review supplemental affidavit by union<br>regarding B Lee | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 16709          TIME<br>8/23/2007<br>Billed         G:13433     9/1/2007<br>Review decision; Correspondence with S<br>Keefe fowarding decision | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 97.50 |
| 16708          TIME<br>8/23/2007<br>Billed         G:13433     9/1/2007<br>Review decision; Research law on attorney's<br>fees | Scott<br>1<br>Keefe<br>Keefe v. Local | 0.70<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 136.50 |
| 16720          TIME<br>8/24/2007<br>Billed         G:13433     9/1/2007<br>Prepare and file motion for attorney's fees;<br>Review judgment and forward to S Keefe | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 234.00 |
| 16721          TIME<br>8/24/2007<br>Billed         G:13433     9/1/2007<br>Review notices from Court concerning<br>pre-trial conference and status report | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 16732          TIME<br>8/27/2007<br>Billed         G:13433     9/1/2007<br>Telephone call to Keefe, Stephen -- | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |

| | | | | |
|---|---|---|---|---|
| 1/2/2008 | | Scott A. Lathrop & Associates | | |
| 3:46 PM | | Slip Listing | | Page    15 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| concerning status of second case and need to review dispatch records; E-Mail to Atty Mahoney concerning reviewing dispatch records | | | | |
| 16746         TIME<br>8/28/2007<br>Billed         G:13433         9/1/2007<br>E-Mail to Atty Mahoney concerning trial | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 16758         TIME<br>8/29/2007<br>Billed         G:13433         9/1/2007<br>E-Mail to Atty Mahoney concerning status report | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 16767         TIME<br>8/30/2007<br>Billed         G:13433         9/1/2007<br>E-Mails with Atty Mahoney concerning status report | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 16783         TIME<br>9/5/2007<br>Billed         G:13476         10/1/2007<br>Appear in US District Court in Boston on status conference; Telephone conference with S Keefe; E-Mail to Attty Mahoney concerning quarterly hour records for S Keefe | Scott<br>9<br>Keefe<br>Keefe v. Local | 2.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 565.50 |
| 16797         TIME<br>9/7/2007<br>Billed         G:13476         10/1/2007<br>Review court ruling on hours worked in 2002 and 2003 | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 16810         TIME<br>9/10/2007<br>Billed         G:13476         10/1/2007<br>Review opposition to motion for attorney's fees; forward to S Keefe; review opposition | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 117.00 |
| 16822         TIME<br>9/11/2007<br>Billed         G:13476         10/1/2007<br>Work on reply to opposition to motion for attorneys fees | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 273.00 |
| 16823         TIME<br>9/11/2007<br>Billed         G:13476         10/1/2007 | Scott<br>12<br>Keefe | 0.30<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |

| 1/2/2008 | Scott A. Lathrop & Associates | | |
|---|---|---|---|
| 3:46 PM | Slip Listing | Page | 16 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| Telephone conference with S Keefe concerning turning over tax returns in exchange for hours records; E-Mail to Atty Mahoney concerning producing same | Keefe v. Local | 0.00 | | |
| 16831           TIME | Scott | 0.50 | 195.00 | 97.50 |
| 9/12/2007 | 18 | 0.00 | C@1 | |
| Billed          G:13476        10/1/2007 | Keefe | 0.00 | | |
| Work on reply to opposition to motion for attorneys fees | Keefe v. Local | 0.00 | | |
| 16839           TIME | Scott | 0.30 | 195.00 | 58.50 |
| 9/13/2007 | 18 | 0.00 | C@1 | |
| Billed          G:13476        10/1/2007 | Keefe | 0.00 | | |
| Work on reply to opposition to motion for attorneys fees | Keefe v. Local | 0.00 | | |
| 16849           TIME | Scott | 1.10 | 195.00 | 214.50 |
| 9/14/2007 | 18 | 0.00 | C@1 | |
| Billed          G:13476        10/1/2007 | Keefe | 0.00 | | |
| Work on reply to opposition to motion for attorneys fees; file reply; E-Mail to Atty Mahoney concerning union hours records | Keefe v. Local | 0.00 | | |
| 16886           TIME | Scott | 0.10 | 195.00 | 19.50 |
| 9/21/2007 | 13 | 0.00 | C@1 | |
| Billed          G:13476        10/1/2007 | Keefe | 0.00 | | |
| E-Mail to Atty Mahoney concerning time records and paying judgment | Keefe v. Local | 0.00 | | |
| 16951           TIME | Scott | 0.20 | 195.00 | 39.00 |
| 10/1/2007 | 18 | 0.00 | C@1 | |
| Billed          G:13522        11/1/2007 | Keefe | 0.00 | | |
| Calculate interest on award; Voice mail message for S Keefe concerning getting details or copy of union time records | Keefe v. Local | 0.00 | | |
| 17007           TIME | Scott | 0.20 | 195.00 | 39.00 |
| 10/9/2007 | 13 | 0.00 | C@1 | |
| Billed          G:13522        11/1/2007 | Keefe | 0.00 | | |
| Correspondence with Atty Mahoney forwarding example of time records | Keefe v. Local | 0.00 | | |
| 17069           TIME | Scott | 0.30 | 195.00 | 58.50 |
| 10/16/2007 | 13 | 0.00 | C@1 | |
| Billed          G:13522        11/1/2007 | Keefe | 0.00 | | |
| E-Mails to Atty Mahoney concerning requested time records; Telephone conference with S Keefe concerning producing tax returns | Keefe v. Local | 0.00 | | |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 17111         TIME<br>10/24/2007<br>Billed      G:13522      11/1/2007<br>Telephone call to Keefe, Stephen --<br>concerning needing tax records | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 17123         TIME<br>10/25/2007<br>Billed      G:13522      11/1/2007<br>E-Mails with Atty Mahoney concerning<br>exchange of tax returns and time records | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 17153         TIME<br>10/29/2007<br>Billed      G:13522      11/1/2007<br>Telephone call to Keefe, Stephen --<br>concerning offer to be made to union to<br>settle on basis of allowing Matthew and<br>Brian to join the union and get a union card;<br>Telephone call to Mahoney, Esq., Michael L.<br>-- conveying offer to settle on basis of<br>allowing two sons into membership | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 17174         TIME<br>11/1/2007<br>Billed      G:13567      12/1/2007<br>E-Mail to Atty Mahoney concerning<br>settlement offer | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 17195         TIME<br>11/6/2007<br>Billed      G:13567      12/1/2007<br>E-Mail to Atty Mahoney concerning<br>settlement offer and lack of response | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 17204         TIME<br>11/7/2007<br>Billed      G:13567      12/1/2007<br>Telephone call to Mahoney, Esq., Michael L.<br>-- concerning response to settlement<br>demand and other matters | Scott<br>12<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| 17216         TIME<br>11/8/2007<br>Billed      G:13567      12/1/2007<br>Work on pretrial memorandum; email to Atty<br>Mahoney; work on confidentiality agreement;<br>email to Atty Mahoney; prepare proposed<br>voir dire; prepare jury instructions;<br>Telephone conference with S Keefe | Scott<br>18<br>Keefe<br>Keefe v. Local | 3.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 643.50 |

| 1/2/2008 | Scott A. Lathrop & Associates | | |
|---|---|---|---|
| 3:46 PM | Slip Listing | | Page  18 |

| Slip ID | User | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | Est. Time | Bill Status | |
| Description | Reference | Variance | | |
| 17224            TIME | Scott | 0.50 | 195.00 | 97.50 |
| 11/9/2007 | 18 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Work further on plaintiff's pretrial memo; email to Atty. Mahoney | Keefe v. Local | 0.00 | | |
| 17238            TIME | Scott | 0.70 | 195.00 | 136.50 |
| 11/12/2007 | 18 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| File pretrial memo, jury instructions, proposed verdict form and proposed voir dire | Keefe v. Local | 0.00 | | |
| 17246            TIME | Scott | 0.50 | 195.00 | 97.50 |
| 11/13/2007 | 18 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Review defendant's pretrial memo, proposed jury instructions, proposed verdict form and proposed voir dire | Keefe v. Local | 0.00 | | |
| 17254            TIME | Scott | 0.30 | 195.00 | 58.50 |
| 11/14/2007 | 12 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Telephone conference with S Keefe concerning settlement demand; E-Mail to Atty Mahoney monetary settlement demand | Keefe v. Local | 0.00 | | |
| 17284            TIME | Scott | 3.20 | 195.00 | 624.00 |
| 11/19/2007 | 9 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Appear in Federal Court in Boston for pretrial conference Telephone call to Keefe, Stephen -- concerning pretrial conference; Correspondence with S Keefe forwarding hours; Trial preparation | Keefe v. Local | 0.00 | | |
| 17294            TIME | Scott | 0.50 | 195.00 | 97.50 |
| 11/20/2007 | 18 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Trial preparation: work on exhibits; review McGaffigan deposition | Keefe v. Local | 0.00 | | |
| 17312            TIME | Scott | 2.80 | 195.00 | 546.00 |
| 11/24/2007 | 18 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Trial preparation: abstract deposition transcripts, prepare outline of examinations | Keefe v. Local | 0.00 | | |
| 17324            TIME | Scott | 1.00 | 195.00 | 195.00 |
| 11/27/2007 | 18 | 0.00 | C@1 | |
| Billed        G:13567      12/1/2007 | Keefe | 0.00 | | |
| Telephone conference with S Keefe concerning T Keefe testifying; email to Atty | Keefe v. Local | 0.00 | | |

| | | |
|---|---|---|
| 1/2/2008 | Scott A. Lathrop & Associates | |
| 3:46 PM | Slip Listing | Page 19 |

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Mahoney regarding the same; Review mediation notice;; Telephone conference with M Judge Dein's secretary concerning conflict;; E-Mail to Atty Mahoney concerning conflict; telephone conference with S Keefe; Prepare and file mediation memo | | | | |
| 17362<br>12/4/2007<br>Billed         G:13610    1/1/2008<br>Prepare for mediation | TIME<br><br>Scott<br>18<br>Keefe<br>Keefe v. Local | 0.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 97.50 |
| 17367<br>12/5/2007<br>Billed         G:13610    1/1/2008<br>Attend mediation session in Boston | TIME<br><br>Scott<br>8<br>Keefe<br>Keefe v. Local | 5.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 975.00 |
| 17380<br>12/8/2007<br>Billed         G:13610    1/1/2008<br>Trial preparation | TIME<br><br>Scott<br>18<br>Keefe<br>Keefe v. Local | 1.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 292.50 |
| 17376<br>12/9/2007<br>Billed         G:13610    1/1/2008<br>Trial preparation | TIME<br><br>Scott<br>18<br>Keefe<br>Keefe v. Local | 2.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 390.00 |
| 17384<br>12/10/2007<br>Billed         G:13610    1/1/2008<br>Trial preparation | TIME<br><br>Scott<br>18<br>Keefe<br>Keefe v. Local | 2.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 448.50 |
| 17406<br>12/12/2007<br>Billed         G:13610    1/1/2008<br>Trial preparation: work on exhibits | TIME<br><br>Scott<br>18<br>Keefe<br>Keefe v. Local | 2.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 390.00 |
| 17410<br>12/13/2007<br>Billed         G:13610    1/1/2008<br>Trial preparation: work on exhibits | TIME<br><br>Scott<br>18<br>Keefe<br>Keefe v. Local | 1.00<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 195.00 |
| 17417<br>12/14/2007<br>Billed         G:13610    1/1/2008<br>Trial preparation: work on exhibits; work on opening Telephone call to Keefe, Stephen | TIME<br><br>Scott<br>12<br>Keefe<br>Keefe v. Local | 1.50<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 292.50 |

| 1/2/2008 | | Scott A. Lathrop & Associates | | | |
| 3:46 PM | | Slip Listing | | | Page 20 |

| Slip ID | | User | Units | Rate | Slip Value |
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | Est. Time | Bill Status | |
| Description | | Reference | Variance | | |
|---|---|---|---|---|---|
| 17422 | TIME | Scott | 1.50 | 195.00 | 292.50 |
| 12/15/2007 | | 18 | 0.00 | C@1 | |
| Billed | G:13610  1/1/2008 | Keefe | 0.00 | | |
| Trial preparation | | Keefe v. Local | 0.00 | | |
| | | | | | |
| 17424 | TIME | Scott | 9.00 | 195.00 | 1755.00 |
| 12/17/2007 | | 34 | 0.00 | C@1 | |
| Billed | G:13610  1/1/2008 | Keefe | 0.00 | | |
| Prepare for and attend day one of trial; prepare for day two | | Keefe v. Local | 0.00 | | |
| | | | | | |
| 17428 | TIME | Scott | 9.00 | 195.00 | 1755.00 |
| 12/18/2007 | | 34 | 0.00 | C@1 | |
| Billed | G:13610  1/1/2008 | Keefe | 0.00 | | |
| Prepare for and attend day two of trial | | Keefe v. Local | 0.00 | | |
| | | | | | |
| 17435 | TIME | Scott | 2.80 | 195.00 | 546.00 |
| 12/19/2007 | | 1 | 0.00 | C@1 | |
| Billed | G:13610  1/1/2008 | Keefe | 0.00 | | |
| Research law on attorney's fees applicable to this kind of case; work on memo for attorney's fees | | Keefe v. Local | 0.00 | | |
| | | | | | |
| 17444 | TIME | Scott | 0.30 | 195.00 | 58.50 |
| 12/20/2007 | | 18 | 0.00 | C@1 | |
| Billed | G:13610  1/1/2008 | Keefe | 0.00 | | |
| Work on application for attorney's fees | | Keefe v. Local | 0.00 | | |
| | | | | | |
| 17467 | TIME | Scott | 1.40 | 195.00 | 273.00 |
| 12/28/2007 | | 18 | 0.00 | C@1 | |
| Billed | G:13610  1/1/2008 | Keefe | 0.00 | | |
| Work on application for attorneys fees; work on and file bill of costs | | Keefe v. Local | 0.00 | | |

Grand Total

| | | | | |
|---|---|---|---|---|
| | Billable | 139.90 | | 26980.50 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 139.90 | | 26980.50 |