# EXHIBIT 1

1/2/2008  
3:46 PM

Scott A. Lathrop & Associates  
Slip Listing

Page 14

| Slip ID / Dates and Time / Posting Status / Description | User / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 14466  TIME  9/15/2006  Billed  G:12970  10/1/2006  Prepare and file assented to motion to continue hearing | Scott  18  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |
| 14494  TIME  9/19/2006  Billed  G:12970  10/1/2006  Telephone conference with S Keefe | Scott  12  Keefe  Keefe v. Local | 0.10  0.00  0.00  0.00 | 195.00  C@1 | 19.50 |
| 14576  TIME  9/29/2006  Billed  G:12970  10/1/2006  Prepare for and attend hearing in US District Court on defendants' motion for summary judgment | Scott  9  Keefe  Keefe v. Local | 3.50  0.00  0.00  0.00 | 195.00  C@1 | 682.50 |
| 14614  TIME  10/5/2006  Billed  G:12994  10/12/2006  Review supplemental affidavit by union regarding B Lee | Scott  18  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |
| 16709  TIME  8/23/2007  Billed  G:13433  9/1/2007  Review decision; Correspondence with S Keefe fowarding decision | Scott  18  Keefe  Keefe v. Local | 0.50  0.00  0.00  0.00 | 195.00  C@1 | 97.50 |
| → 16708  TIME  8/23/2007  Billed  G:13433  9/1/2007  Review decision; Research law on attorney's fees | Scott  1  Keefe  Keefe v. Local | 0.70  0.00  0.00  0.00 | 195.00  C@1 | 136.50 |
| → 16720  TIME  8/24/2007  Billed  G:13433  9/1/2007  Prepare and file motion for attorney's fees; Review judgment and forward to S Keefe | Scott  18  Keefe  Keefe v. Local | 1.20  0.00  0.00  0.00 | 195.00  C@1 | 234.00 |
| 16721  TIME  8/24/2007  Billed  G:13433  9/1/2007  Review notices from Court concerning pre-trial conference and status report | Scott  18  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |
| 16732  TIME  8/27/2007  Billed  G:13433  9/1/2007  Telephone call to Keefe, Stephen -- | Scott  13  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |

| | | |
|---|---|---|
| 1/2/2008<br>3:46 PM | Scott A. Lathrop & Associates<br>Slip Listing | Page 15 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | User<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| concerning status of second case and need to review dispatch records; E-Mail to Atty Mahoney concerning reviewing dispatch records | | | | |
| 16746　　　TIME<br>8/28/2007<br>Billed　　G:13433　　9/1/2007<br>E-Mail to Atty Mahoney concerning trial | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.20<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 39.00 |
| 16758　　　TIME<br>8/29/2007<br>Billed　　G:13433　　9/1/2007<br>E-Mail to Atty Mahoney concerning status report | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 16767　　　TIME<br>8/30/2007<br>Billed　　G:13433　　9/1/2007<br>E-Mails with Atty Mahoney concerning status report | Scott<br>13<br>Keefe<br>Keefe v. Local | 0.10<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 19.50 |
| 16783　　　TIME<br>9/5/2007<br>Billed　　G:13476　　10/1/2007<br>Appear in US District Court in Boston on status conference; Telephone conference with S Keefe; E-Mail to Attty Mahoney concerning quarterly hour records for S Keefe | Scott<br>9<br>Keefe<br>Keefe v. Local | 2.90<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 565.50 |
| 16797　　　TIME<br>9/7/2007<br>Billed　　G:13476　　10/1/2007<br>Review court ruling on hours worked in 2002 and 2003 | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.30<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |
| →16810　　　TIME<br>9/10/2007<br>Billed　　G:13476　　10/1/2007<br>Review opposition to motion for attorney's fees; forward to S Keefe; review opposition | Scott<br>18<br>Keefe<br>Keefe v. Local | 0.60<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 117.00 |
| →16822　　　TIME<br>9/11/2007<br>Billed　　G:13476　　10/1/2007<br>Work on reply to opposition to motion for attorneys fees | Scott<br>18<br>Keefe<br>Keefe v. Local | 1.40<br>0.00<br>0.00<br>0.00 | 195.00<br>C@1 | 273.00 |
| 16823　　　TIME<br>9/11/2007<br>Billed　　G:13476　　10/1/2007 | Scott<br>12<br>Keefe | 0.30<br>0.00<br>0.00 | 195.00<br>C@1 | 58.50 |

| 1/2/2008  3:46 PM | | Scott A. Lathrop & Associates  Slip Listing | | | Page 16 |

| Slip ID  Dates and Time  Posting Status  Description | User  Activity  Client  Reference | Units  DNB Time  Est. Time  Variance | Rate  Rate Info  Bill Status | Slip Value |
|---|---|---|---|---|
| Telephone conference with S Keefe concerning turning over tax returns in exchange for hours records; E-Mail to Atty Mahoney concerning producing same | Keefe v. Local | 0.00 | | |
| →16831      TIME  9/12/2007  Billed       G:13476     10/1/2007  Work on reply to opposition to motion for attorneys fees | Scott  18  Keefe  Keefe v. Local | 0.50  0.00  0.00  0.00 | 195.00  C@1 | 97.50 |
| →16839      TIME  9/13/2007  Billed       G:13476     10/1/2007  Work on reply to opposition to motion for attorneys fees | Scott  18  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |
| →16849      TIME  9/14/2007  Billed       G:13476     10/1/2007  Work on reply to opposition to motion for attorneys fees; file reply; E-Mail to Atty Mahoney concerning union hours records | Scott  18  Keefe  Keefe v. Local | 1.10  0.00  0.00  0.00 | 195.00  C@1 | 214.50 |
| 16886      TIME  9/21/2007  Billed       G:13476     10/1/2007  E-Mail to Atty Mahoney concerning time records and paying judgment | Scott  13  Keefe  Keefe v. Local | 0.10  0.00  0.00  0.00 | 195.00  C@1 | 19.50 |
| 16951      TIME  10/1/2007  Billed       G:13522     11/1/2007  Calculate interest on award; Voice mail message for S Keefe concerning getting details or copy of union time records | Scott  18  Keefe  Keefe v. Local | 0.20  0.00  0.00  0.00 | 195.00  C@1 | 39.00 |
| 17007      TIME  10/9/2007  Billed       G:13522     11/1/2007  Correspondence with Atty Mahoney forwarding example of time records | Scott  13  Keefe  Keefe v. Local | 0.20  0.00  0.00  0.00 | 195.00  C@1 | 39.00 |
| 17069      TIME  10/16/2007  Billed       G:13522     11/1/2007  E-Mails to Atty Mahoney concerning requested time records; Telephone conference with S Keefe concerning producing tax returns | Scott  13  Keefe  Keefe v. Local | 0.30  0.00  0.00  0.00 | 195.00  C@1 | 58.50 |